AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_For The Middle_ _____ **District of** _Alabama_

_James West,_

**Plaintiff,**

V.

_Bryan H. Stavens, CO I,_

**Defendant**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: _2:07-CV-747-WKW_

I, _James West_ _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _Easterling Prison, 200 Wallace Dr., Clio, Al. 36017_

    Are you employed at the institution? _No_    Do you receive any payment from the institution? _No_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2.  Are you currently employed?          ☐ Yes          ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _11/27/91 / $1,500.00 -2,000.00/mo._

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
    | e. | Gifts or inheritances | ☐ Yes | ☑ No |
    | f. | Any other sources | ☐ Yes | ☑ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. _N/A_

showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

    If "Yes," state the total amount. ___N|A_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

    If "Yes," describe the property and state its value. N|A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N|A

I declare under penalty of perjury that the above information is true and correct.

___7/30/07_____          ___James West_____
      Date                                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 110315        NAME: WEST, JAMES ROBERT JR           AS OF: 07/31/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $4.83 | $25.00 |
| JAN | 31 | $17.55 | $31.49 |
| FEB | 28 | $33.37 | $0.00 |
| MAR | 31 | $2.75 | $0.00 |
| APR | 30 | $6.63 | $20.00 |
| MAY | 31 | $1.78 | $0.00 |
| JUN | 30 | $0.17 | $0.00 |
| JUL | 31 | $0.17 | $0.00 |

PMOD BAL- .17
Ms Faulk Acct Clerk

M/D-6

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
_Northern_ _____ DIVISION

_James West_ 110315 _____ )
_____ )
_____ )
_____ )
      **Plaintiff(s)** )
      **v.** )
_Bryan Havins, CO I, et al.,_ )
_____ )
_____ )
_____ )
      **Defendant(s)** )

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
2007 AUG 22  A 10: 02
RECEIVED

2:07-CV-747-WKW

## MOTION TO PROCEED _IN FORMA PAUPERIS_

Plaintiff(s) _James West_ _____

moves this Honorable Court for an order allowing her/him to proceed in this case without
prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached
sworn affidavit in support of the motion.

_James West_ _____
          **Plaintiff(s) signature**

James West 110.315
3-30
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017



Debra P. Hackett
Clerk
U. S. District Court
P. O. Box 711
Montgomery, Alabama 36101-0711

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."