In The United States District Court For The
Middle District Of Alabama

James Robert West, Jr. 110315
    Plaintiff,

— vs —

Bryan K. Stevens, COI,
    Defendant.

Case No. 2:07-CV-747-WKW

RECEIVED
2007 SEP -6
DEBRA P. HACKETT
U.S. DISTRICT
MIDDLE DISTRI[CT]

## Motion To Dismiss

Comes Now the Plaintiff, James Robert West, Jr., appearing Pro Se in the above-styled cause and moves the Court to dismiss Complaint prior to service.

I humbly apologize for interrupting and disturbing the Court's order of business. I also apologize for my lack of knowledge of the scant judicial resources. Perhaps I have been aware and simply did not want to admit it, justice does come with a price tag. I have no idea when I will have any funds.

Wherefore, premises considered, Plaintiff requests dismissal of the Complaint.

                       James R. West, Jr., Pro Se

James West 110315
A-36

EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

Free Legal Mail *

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office of the Clerk
P.O. Box 711
Montgomery, Alabama 36101-0711

ELM