IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES ROBERT WEST, JR., # 110 315,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-747-WKW |
| | ) |
| **BRYAN K. GAVINS, CO 1,** | ) |
| **LAW LIBRARY SUPERVISOR,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

The Magistrate Judge filed a Recommendation (Doc. # 5) in this case to which no timely objections have been made. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

2. This case, filed under 42 U. S. C. § 1983, is DISMISSED without prejudice upon the motion of the Plaintiff (Doc. # 4).

An appropriate judgment will be entered.

DONE this 15th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE