IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES ROBERT WEST, JR., # 110 315,** | ) |
| **Plaintiff,** | ) |
| v. | ) CASE NO. 2:07-cv-747-WKW |
| **BRYAN K. GAVINS, CO 1,** | ) |
| **LAW LIBRARY SUPERVISOR,** *et al.*, | ) |
| **Defendants.** | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 15th day of October, 2007.

      /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE