In The United States District Court
For The Middle District Of Alabama
Northern Division

James Robert West, Jr.,
    Plaintiff,

V.                              CV-07-747

Bryan K. Stevens, COI,
    Defendant.

RECEIVED
2007 OCT 26 A 9:51
DEBRA P. HACKETT, CL..
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For Order

Comes Now the Plaintiff appearing Pro Se in the above-styled cause and moves the Court to cause appropriate Order to issue wherein the Manager of Business Office, Easterling Prison, 200 Wallace Drive, Clio, Alabama 36017, is notified that the above case was dismissed without prejudice prior to service and Plaintiff is not obligated to pay the cost of filing in this cause. The Business Office is deducting funds from my PMOD account at this time.

Wherefore, the premises considered Plaintiff prays for requested relief.

Submitted the 19th day of October 2007.

                                        James West, Pro Se

EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

James West 116315
B-40

Melvin P. Hackett
Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."