# NO PDF ATTACHED TO THIS ENTRY. SEE [8] MOTION FOR ORDER FOR PDF.