In The United States District Court
Middle District Of Alabama

James Robert West, Jr.,
        Plaintiff,

-vs-

Bryan Gavins, et al.,
        Defendants.

Civil Action No. 2007-747-WKW

RECEIVED
2007 NOV 27 A 9:26
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For Order

Come Now the Plaintiff, James West, appearing Pro Se in the above-styled cause and moves the Court to reconsider and set aside its Order of October 15, 2007, wherein the complaint was dismissed without prejudice.

As Grounds For His Motion, West shows as follows.

West filed the Complaint in the above-styled cause on August 22, 2007. On September 6, 2007 West moved the Court to dismiss the Complaint due to the fact that he was unable to pay the initial partial filing fee ($1.50).

On September 10, 2007, the Magistrate Judge recommended the complaint be dismissed without prejudice. Final order was issued on October 15, 2007.

On October 15, 2007, West received a Money Order for $15.00. (See Exhibit -1) On October 15, 2007, the prison business office deducted $3.00, Court Ordered Payment, Case No. 2007 CV 747 W. The deduction was made by Yolanda Govan.

On October 31, 2007, this Court returned $2.00 of the $3.00 deducted on October 15, 2007. West has been notified by Govan that he has been taxed with the

cost in this case, $350.00.

Because West has been taxed with costs of the filing of the complaint in this cause, and because West has a total of $2.17 in his PMOD account, he requests the Court notify the Business Office, Yolanda Strain, to forward the sum of $.50 to this Court to complete payment of the initial partial filing fee.

And, because of circumstances that have developed since this case was dismissed, assault and threats of assault by ADOC employees, West moves the Court to include in its Order that West be allowed to file an amended complaint which will include additional defendants. Because West has been denied, and continues to be denied adequate legal materials, specifically paper and carbon paper, West requests ample time to complete and file the Amended Complaint.

Wherefore, the premises considered, West prays the Court grant leave to refile an amended complaint in this cause.

Respectfully submitted this the 20th day of November 2007.

Respectfully,
James West, Pro Se

2

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                     EASTERLING CORR FACILITY
OCT. 15, 2007            INMATE DEPOSITS         RECEIPT#: 2008000691

RECEIVED OF: WEST, JAMES ROBERT J    AIS#: 110315    BED ID: B27001A
    $0.17   PREVIOUS BALANCE    DEPOSIT SENT BY: BETTY FRASE REED / CHILDREN
   $12.00   NET DEPOSIT         DEPOSIT DOCUMENT: US PO MONEY ORD
    $3.00   C.O.P. DEDUCTED     CASE#: 2007CV747W   DOC.#: 11190147660
    $0.00                       CASE#:    N/A       MAIL LOG#: N/A

   $12.17   CURRENT BALANCE     POSTED BY: YOLANDA GOVAN
```

*Exhibit -2*