IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ROBERT WEST, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:07-cv-0747-WKW |
| | ) |
| BRYAN GAVINS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's motion (Doc. # 11) to reconsider and set aside the court's previous order of October 15, 2007 (Doc. # 6), it is ORDERED that the motion is GRANTED. Therefore, it is ORDERED that the court's previous orders (Doc. # 6 and Doc. # 7) of October 15, 2007, are VACATED.

It is further ORDERED that the plaintiff's motion (Doc. # 11) to amend his complaint is GRANTED. The plaintiff is ORDERED to file an amended complaint **on or before May 5, 2008**.

The Clerk of the Court is DIRECTED to resume collecting the required filing fees pursuant to 28 U.S.C. § 1915(b).

DONE this 4th day of April, 2008.

                                                      /s/  W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE