IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES ROBERT WEST, JR., #110315 | * |
|     Plaintiff, | * |
| v. | *      2:07-CV-747-WKW |
| BRYAN K. GAVINS, COI, | * |
|     Defendant. | * |

_____

**ORDER**

Plaintiff filed this action on August 22, 2007. On August 27, 2007 the court directed Plaintiff to submit a partial filing fee in accordance with 28 U.S.C. § 1915(b)(1). (*Doc. No. 3*.) Prior to complying with the directive that he submit the filing fee, Plaintiff requested dismissal of this action. (*Doc. No. 4*.) On October 15, 2007 the court adopted the Recommendation of the Magistrate Judge that the request for dismissal be granted. (*Doc. Nos. 6, 7*.) On April 4, 2008, the court granted Plaintiff's request to reconsider its October 15, 2007 order and vacated the order dismissing this action. (*Doc. No. 12*.) In light of the foregoing, it is

ORDERED that on or before **April 28, 2008** Plaintiff comply with the court's August 27, 2007 order that he submit a partial filing fee in the amount of $1.50. Plaintiff is cautioned that his failure to submit the partial filing as directed will result in a Recommendation that this case be dismissed.

The Clerk is DIRECTED to furnish a copy of this Order and a copy of Document Number 3 to the inmate account clerk at the Easterling Correctional Facility.

Done, this 7th day of April 2008.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE