In The United States District Court
For The Middle District Of Alabama
Northern Division

James Robert West, Jr.,
    Plaintiff,

V.

Bryan K. Havins, COI, et al.,
    Defendants.

2008 APR 15 A 10:14

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:07-CV-747-WKW

## Motion To Strike

Come Now the Plaintiff, James Robert West, Jr., and moves the Honorable Court to strike Motion For Order dated April 9, 2008.

West would submit to the Court that he has notified the Business Office, Easterling Prison, to forward to the Office of the Clerk, United States District Court, the initial partial filing fee of $1.50.

With all due respect to this Honorable Court, West was under the assumption his request had been denied by operation of law. The Request to Reconsider was submitted circa July/August 2007.

In addition to the above, that mail sent by Debra P. Hackett dated August 2, 2007 was not delivered to West until March 4, 2008. I notified the Clerk of this delay in receiving that information.

I sincerely apologize for any inconvenience this may have caused the Court. I do request the Court grant me adequate time to amend the Complaint as there will be additional defendants. (See Motion For Leave To File Amended Complaint)

Respectfully submitted April 14, 2008.

James Robert West, Jr., Pro Se