In The United States District Court
For The Middle District Of Alabama
Northern Division

James Robert West, Jr.,
　　　　Plaintiff,

v.

Bryan H. Harris, COI, et al.,
　　　　Defendants.

2:07-CV-747-WKW

## Motion For Leave To File Amended Complaint

Come Now the Plaintiff, James Robert West, Jr., and moves the Court for leave to file an Amended Complaint in the above-styled cause pursuant to Federal Rules Civil Procedure Rule 15.

Plaintiff respectfully requests the Court allow him at least thirty (30) days to file the Amended Complaint.

Wherefore, premises considered, West prays for relief requested.

Respectfully submitted April 14, 2008.

　　　　　　　　　　　　　　James Robert West, Jr., Pro Se

EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

James R. West, Jr. 110315
B-44



MONTGOMERY AL 361
14 APR 2008 PM 1 L

Debra P. Hackett
Clerk
U. S. District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."