IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES ROBERT WEST, JR., #110315 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-747-WKW |
| BRYAN K. GAVINS, COI, | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

On April 15, 2008 Plaintiff filed a motion to strike motion for order dated April 9, 2008. A review of the court's docket fails to reflect that a motion for order was filed with the court on or about April 9, 2008. Accordingly, it is

ORDERED that the motion (*Doc. No. 14*) be and is hereby DENIED.

Done, this 17th day of April 2008.

　　　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE