IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES ROBERT WEST, JR., #110315 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-747-WKW |
| BRYAN K. GAVINS, COI, | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion for leave to amend complaint, and in light of the court's April 7, 2008 order granting Plaintiff to and including May 5, 2008 to file an amended complaint, it is

ORDERED that the motion (*Doc. No. 15*) be and is hereby DENIED as moot.

Done, this 17th day of April 2008.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE