```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004808
Cashier ID: brobinso
Transaction Date: 04/22/2008
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES R WEST JR
 Case/Party: D-ALM-2-07-CV-000747-001
 Amount:         $1.50
------------------------------------
CHECK
 Check/Money Order Num: 3390
 Amt Tendered:  $1.50
------------------------------------
Total Due:      $1.50
Total Tendered: $1.50
Change Amt:     $0.00
```