In The United States District Court
For The Middle District of Alabama
Northern Division

James Robert West, Jr.,
    Plaintiff,

v.   2:07-CV-747-WKW

Bryan Keith Davins, COI, et al.,
    Defendants.

## Motion to Add Defendants

Comes Now the Plaintiff, James Robert West, Jr., and moves the Court for leave to add defendants in 2:07-CV-747-WKW.

As grounds for his motion, West shows unto the Court as follows:

Plaintiff was notified by this Court in Order dated 4/07/08, Doc. #13-1 that he could pay the initial filing fee of $1.50 on or before April 28, 2008 and proceed with the Complaint in the above-styled cause.

West would further submit to the Court that he does not have a complete copy of the original complaint filed in the above cause. Portions of the complaint have been lost and/or destroyed through prison shakedowns and cell changes, among other things.

And, since the initial filing of the Complaint, West has been the victim of retaliation for the filing of other Complaints/grievances and the lawsuit pending in 2:08-CV-82-MEF. There will be approximately ten (10) defendants.

Therefore, because of the change in circumstances since the initial filing of the Complaint in 2:07-CV-747-WKW, West prays the Court will allow him to refile/amend the Complaint.

Wherefore, premises considered, West prays for the relief requested herein.

Respectfully submitted April 9, 2008.

                              James Robert West, Jr.

This is the motion that was opened by prison officials and they also refused to send it "Free Legal Mail." You should have received it prior to ruling on my motion to amend. Once you see the names of defendants to be add, you will understand better.

EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

James Robert West, Jr. 110315
B-40

MONTGOMERY AL 361
22 APR 2008 PM 1 T


USA 41

Debra P. Hackett
Clerk
United States District Court
For The Middle District of Alabama
Northern Division
P.O. Box 711
Montgomery, Alabama 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."