IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES ROBERT WEST, JR., #110315 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-747-WKW |
| BRYAN K. GAVINS, COI, | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's motion to reconsider the court's April 17, 2008 order denying his motion to amend complaint as moot. The April 17 order denied Plaintiff's April 15, 2008 request to amend his complaint in light of the order previously entered by the court on April 4, 2008 granting Plaintiff to and including May 5, 2008 (a period of 31 days) to file an amendment to his complaint. The April 4 order remains in effect.

Accordingly, it is

ORDERED that the motion to reconsider (*Doc. No. 20*) be and is hereby DENIED.

Done, this 29th day of April 2008.

　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE