IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES ROBERT WEST, JR.,         *
#110315
    Plaintiff,                        *

v.                                   *          2:07-CV-747-WKW

BRYAN K. GAVINS, COI,          *

    Defendant.                   *
_____

**ORDER ON MOTION**

Plaintiff has filed a pleading captioned as a *motion for order* which the court construes as a motion for a free copy of his November 27, 2007 motion to reconsider. Upon consideration of the motion, it is

ORDERED that the motion (*Doc. No. 21*) be and is hereby GRANTED.

The Clerk is directed to mail to Plaintiff a copy of Document Number 11.

Plaintiff is advised that if he wishes to receive any additional copies of documents from this court, he may do so upon prepayment of fifty (.$50) cents per page. It is his responsibility to make the necessary payment arrangements with the account clerk at the institution in which he is presently incarcerated. Upon receipt of the necessary copying fees, the Clerk shall be directed to mail to Plaintiff copies of the requested documents.

Done, this 30th day of April 2008.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE