In The United States District Court
For The Middle District Of Alabama
Northern Division

James R. West, Jr.,
    Plaintiff,

v.

Captain Sangers, et al.,
    Defendants.

2:08-CV-82-MEF;
2:07-CV-747-WKW

RECEIVED
2008 MAY -1  A 9: 36
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### Notice Of Change Of Address

Come Now the Plaintiff, James R. West, Jr. and gives notice that as of April 25, 2008, Plaintiff's mailing address in the above-styled cases should read:

James R. West, Jr. 110315
Limestone Corr. Fac. /L-B
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Respectfully submitted the 30th day of April, 2008.

                James R. West, Jr.

*Please note in record that I have not been advised of counsel's address in the above-styled cases. Therefor, I am unable to cause service to be made on counsel for defendants named in the above-styled complaints.