In The United States District Court
For The Middle District of Alabama
Northern Division

James Robert West, Jr.,
    Plaintiff

V.

Bryan K. Havens, et al.,
    Defendants.

2:07-cv-747-WKW

## Motion To Relate Back

Come Now the Plaintiff, James Robert West Jr. in the above-styled cause and moves the Court to include in the Amended Complaint all grounds and statements included in the initial Complaint as relating to defendant Bryan K. Havens as if included in the Amended Complaint.

Respectfully submitted this the 14th day of May 2008.

James Robert West, Jr.