*Amended Complaint*

M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

2008 MAY 19  A 9: 29

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

*James Robert West, Jr.,*
_____
Full name and prison name of
Plaintiff(s)

v.

*Bryan K. Spivey, Col.,*
*James DeLoach, Asso. Comm'r,*
*Gwendolyn C. Mosley,*
*Coordinator*
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. *2607-CV-747-WKW*
(To be supplied by Clerk of U.S. District
Court)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  No ☑

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?        YES ☐        NO ☑

C.    If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff (s) *N/A* _____

_____ *N/A* _____

Defendant(s) *N/A* _____

_____

2.    Court (if federal court, name the district; if state court, name the county)
_____ *N/A* _____

_____

3.  Docket number  _N/A_

4.  Name of judge to whom case was assigned _____
    _N/A_

5.  Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _N/A_

6.  Approximate date of filing lawsuit  _N/A_

7.  Approximate date of disposition  _N/A_

II.  PLACE OF PRESENT CONFINEMENT _Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, Alabama 35749-7009_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Draper & Easterling Prisons_

III.  NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | _Bryan K. Gavins, Easterling Prison, 200 Wallace Drive, Clio, Alabama 36017_ | |
| 2. | _James DeLoach, 301 South Ripley Street, Montgomery, Alabama 36130_ | |
| 3. | _Gwendolyn C. Mosley, 301 South Ripley Street, Montgomery, Alabama 36130_ | |
| 4. | | |
| 5. | | |
| 6. | | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _December 2006, January 2007, July 2007_

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  _Violation of First Amendment, U.S. Constitution right to access to Courts, and (2) retaliation for filing grievances/complaints and for assisting others in filing grievances/complaints._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I was transferred from Draper Prison by James DeLoach, Warden, Draper Prison because I filed administrative complaints on ADOC employees assigned duty at Draper Prison and because I filed a complaint on prison conditions which violated federally protected rights under the 8th Amendment and I assisted other (see attached pages)

GROUND TWO: _____

_____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

GROUND THREE: _____

_____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

(Cont'd p. 3)

Prisoners, upon request, in filing grievances/complaints.

Mr. Dehoeah transferred me because I assisted another inmate, Victor Holmes, in filing a grievance/complaint regarding a physical assault on him by three (3) ADOC employees. I also typed statements for other inmates to sign who had personal knowledge of other incidents of excessive use of force by other ADOC employees.

Mosley punished me, or caused me to be punished, for filing a grievance/complaint addressed to her regarding denial of adequate medical treatment by medical staff employed by Prison Health Services (PHS).

I was punished in that I was issued a disciplinary which resulted in me being placed in disciplinary segregation where the punishment included loss of all privileges which included no communication with family and friends.

3 (a)

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

_Declaratory relief wherein the court declares that the action of Deborah and Mosley violated my federally protected rights under the First Amendment in transfering me and for issuing me disiplinaries for exercising my right to petition the Courts for redress of grievances (see attached pages)_

_James Robert West, Jr._
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 14, 2008_.
(Date)

_____
Signature of plaintiff(s)

4

(Cont'd p. 4)

and for assisting other inmates in filing grievances / complaints which included typing statements for other inmates who had personally observed other incidents of excessive use of force by ADOC employees.

Injunctive relief to enjoin ADOC employees retaliating against me by transferring me from prison to prison and punishing me by issuing disciplinaries based on false charges and placing me in disciplinary segregation.

Expunge disciplinary for violation of AR 403, Rule #69. And, any and all other relief the court may find appropriate.

James R. West, Jr. 110315
15-B-71
Limestone Prison
28779 Nick Davis Road
Harvest, Alabama 35749-7009



HUNTSVILLE / HVS
AL 358 EL
16 MAY 2008 PM



This correspondence is forwarded from an Alabama State Prision. The contents have not been evaluated, and the Alabama Department of Corrections in not responsible for the substance or content of the enclosed communication.

Debra P. Hackett
Clerk
U. S. District Court
P.O. Box 711
Montgomery, Alabama    36101-0711

36101+0711