IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES ROBERT WEST, JR.,   *
#110315
    Plaintiff,   *

v.   *   2:07-CV-747-WKW

BRYAN K. GAVINS, COI,   *

    Defendant.   *

_____

**ORDER ON MOTION**

Plaintiff has filed a pleading captioned *Motion to Relate Back*. In support of the motion, Plaintiff requests that the court "include in the amended complaint all grounds and statements included with the initial complaint as relating to defendant . . Gavins as if included in the amended complaint." (*Doc. No. 26*).

Plaintiff is advised that this matter is proceeding on the original complaint, as amended, to the extent such amendment is filed in conformance with the directives contained in the court's April 29, 2008 order. (*See Doc. No. 23*.) Accordingly, it is

ORDERED that the motion (*Doc. No. 26*) be and is hereby DENIED as moot.

Done, this 22nd day of May  2008.

       /s/ Wallace Capel, Jr.
      WALLACE CAPEL, JR.
      UNITED STATES MAGISTRATE JUDGE