**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kay P. Hope_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

    Attn: James DeLoach
    301 South Ripley Street
    Montgomery AL  36130

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07cv747 OP.CmpAC 7/21/08

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7007 2680 0003 1842 3818

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kay P. Hope_   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

    Attn: Gwendolyn C. Mosley
    301 South Ripley Street
    Montgomery AL  36130

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07cv747 OP.CmpAC 7/21/08

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7007 2680 0003 1842 3825

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540