IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JAMES ROBERT WEST, JR.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:07-CV-747-WKW-WC |
| **BRYAN GAVINS, ET AL.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW, *Bryan Gavins, James DeLoach, and Gwendolyn Mosley*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

X    This party is an individual, or

X    This party is a governmental entity, or

X    There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

1

Respectfully submitted,

TROY KING
Attorney General

/s/ *Jeffery H. Long*
Jeffery H. Long
Assistant Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
jlong@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 21st day of July, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the same upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Robert James West, Jr., AIS 110315
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

/s/ *Jeffery H. Long*
Jeffery H. Long
Assistant Attorney General

2