**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES ROBERT WEST, JR.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **2:07-CV-747-WKW-WC** |
| **BRYAN GAVINS, ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**ANSWER AND SPECIAL REPORT**

COME NOW the Defendants, **Bryan Gavins, James DeLoach, and Gwendolyn Mosley**, by and through the Attorney General for the State of Alabama, the Honorable Troy King, and in accordance with this Honorable Court's June 9, 2008 Order, offer the following Special Report:

**PARTIES**

1. The Plaintiff, James Robert West, Jr., is an Alabama Department of Corrections ("ADOC") inmate currently incarcerated at Limestone Correctional Facility.

2. Defendant Bryan Gavins is currently employed by ADOC as a Correctional Officer at Easterling Correctional Facility ("ECF").

3. Defendant James DeLoach is currently employed by ADOC as an Associate Commissioner and was previously employed as a Warden at Draper Correctional Facility ("DCF").

4. Defendant Gwendolyn Mosley is currently employed by ADOC as an Institutional Coordinator and was previously employed as a Warden at ECF.

## EXHIBITS

1.      Defense Exhibit 1 is the Affidavit of Bryan Gavins.

2.      Defense Exhibit 2 is the Affidavit of James  DeLoach.

3.      Defense Exhibit 3 is the Affidavit of Gwendolyn Mosley.


## PLAINTIFF'S ALLEGATIONS

Plaintiff filed his original complaint on August 22, 2007, naming as a defendant Officer Bryan Gavins, the law library supervisor.  In his original complaint, Plaintiff alleges that on July 24, 2007, he requested additional legal materials and access to the law library to prepare for an appearance in the Montgomery County Circuit Court on August 8, 2007.  Plaintiff alleges Officer Gavins responded that he was under orders not to give Plaintiff anything.  Plaintiff summarizes that he was denied adequate legal materials and access to the law library.

In the body of Plaintiff's original complaint, he contends he was transferred from DCF to ECF on December 14, 2006 by Warden James DeLoach.  Plaintiff alleges this transfer constitutes retaliation by Defendant DeLoach because Plaintiff had filed administrative complaints about the unconstitutional living conditions at DCF.

Plaintiff alleges he wrote to U.S. Senator Richard Shelby and the Alabama Health Department about his alleged unconstitutional living conditions.  Senator Shelby forwarded Plaintiff's correspondence to ADOC Commissioner Richard Allen for response.  Plaintiff states Commissioner Allen responded to him as follows:

> Your letter to Richard Shelby was forwarded to my office for response.  I contacted Warden James DeLoach to obtain information in order to answer your letter.
> I have been advised that the allegations you wrote about in your letter have all been investigated and are without merit.

> By your own admission to Warden DeLoach you do not want to be assigned to Draper and if you file enough complaints Warden DeLoach will transfer you back to Bibb County where you want to be.
>
> I would encourage you to follow proper procedures for obtaining a transfer from Draper. I would also encourage you to display a positive behavior while incarcerated.

Plaintiff then alleges after he was transferred to ECF he was placed in disciplinary segregation for filing a grievance contending he was being denied adequate medical treatment. Plaintiff further states after disciplinary segregation, he was placed in administrative segregation because he refused to sign a living agreement with another inmate at ECF.

In summary, Plaintiff's original complaint alleges Officer Gavins denied him access to the courts and contests his placement in administrative segregation even though he admits in his affidavit that he told ECF's Warden Mosley, "I could not live peaceably with the inmate in the general population." Additionally Plaintiff states he was placed in disciplinary segregation at ECF because he filed a grievance alleging inadequate medical treatment. Plaintiff further alleges his transfers from Bibb to Draper to Easterling Correctional Facilities were retaliatory because he filed administrative complaints.

Plaintiff filed an amended complaint on May 19, 2008. In his amended complaint, Plaintiff names as a defendant Bryan Gavins and for the first time, adds as defendants in the style of the case James DeLoach and Gwendolyn Mosley.

In the amended complaint, Plaintiff alleges Warden James DeLoach transferred him from DCF because Plaintiff filed administrative complaints against ADOC employees assigned to DCF and because he filed a complaint regarding prison conditions.

Plaintiff further alleges Warden DeLoach transferred him because he assisted inmate Victor Holmes in filing a complaint concerning an alleged assault on inmate Holmes. Plaintiff

does not allege how Warden DeLoach acquired knowledge of Plaintiff's assistance to inmate Holmes.

Plaintiff alleges Warden Mosley punished him by issuing a disciplinary against him because he filed a grievance with her regarding denial of adequate medical care.

### DEFENDANTS' RESPONSE

1.    The Defendants deny that they violated the Plaintiff's constitutional rights.

2.    The Defendants deny each and every material allegation not specifically admitted herein and demand strict proof thereof.

3.    The Plaintiff has failed to state a claim upon which relief may be granted.

4.    The Defendants are immune from suit under the Eleventh Amendment to the United States Constitution.

5.    The Defendants are immune from suit due to qualified immunity.

6.    Defendants plead the applicable statute of limitations.

### STATEMENT OF FACTS

Inmate West arrived at ECF on December 14, 2006.  On December 20, 2006, inmate West was placed in administrative segregation because he claimed that inmate Richard Edwards, AIS 135518, was his enemy and that West could not live in population with inmate Edwards. Plaintiff claimed Edwards was responsible for getting him in trouble at another facility.  Inmate Edwards denied being inmate West's enemy.  Inmate West was reclassified to administrative segregation, medium custody because he refused to live in general population.

On January 3, 2007, Warden Mosley questioned Law Library Officer Bryan Gavins about inmate West using Rule 32.6 forms to write administrative complaints because Rule 32.6 forms

are to be used only for filing complaints in court.  Inmate West informed Officer Gavins, who questioned inmate West about the misuse of the Rule 32.6 forms, that he had always used the forms to write administrative complaints and he would continue to do so.  On January 3, 2007, Plaintiff West was issued a disciplinary for a violation of Rule 69 – Destroying, Stealing, Disposing, Altering, Damaging State Property.

Inmate West was served a copy of the charge on January 10, 2007 and a hearing was held on January 17, 2007.  At the hearing Plaintiff was removed from because of  his continuous loud outbursts and scribbling extensively on the disciplinary form he was asked to sign.  The hearing officer Linda Glenn found inmate West guilty and recommended 45 days loss of privileges and 45 days in disciplinary segregation.  Warden Carter Davenport approved the disciplinary, but reduced the punishment to 30 days loss of privileges and 30 days in disciplinary segregation.

While at ECF, inmate West was assigned to administrative segregation.  Inmates who are in administrative segregation are not allowed in the law library, but can request legal materials.  Plaintiff made numerous requests for legal materials and he received the appropriate legal materials[1], as well as envelopes and paper.  When Plaintiff requested a manila folder, he was informed he would have to purchase one from the canteen.

## ARGUMENT

### SUMMARY JUDGMENT STANDARD

Summary judgment may be granted only if there are no genuine issues of material fact and the movant is entitled to judgment as a matter of law.  Fed.R.Civ.P. 56.  In making that assessment, the court must view the evidence in a light most favorable to the non-moving party

---

[1] The undersigned counted 87 requests for legal materials, 42 of which were before his August 8, 2007 court appearance in Montgomery County Circuit Court.

and must draw all reasonable inferences against the moving party.  *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986).  The burden of proof is upon the moving party to establish his prima facie entitlement to summary judgment by showing the absence of genuine issues and that he is due to prevail as a matter of law.  *See Clark & Clark, Inc.*, 929 F.2d 604 (11th Cir. 1991).  Once that initial burden has been carried, however, the non-moving party may not merely rest upon his pleading, but must come forward with evidence supporting each essential element of his claim.  *See Celotex Corp  v. Catrett*, 477 U.S. 317 (1986); *Anderson v. Liberty Lobby, Inc.*,  477 U.S. 242 (1986); *Barfield v. Brierton*, 883 F.2d 923 (11th Cir. 1989).  Unless the plaintiff, who carries the ultimate burden of proving his action, is able to show some evidence with respect to each element of his claim, all other issues of facts become immaterial and the moving party is entitled to judgment as a matter of law.  *See Celotex Corp. v. Catrett*, 477 U.S. 317 (1986); *Bennett v. Parker*, 898 F.2d 1530 (11th Cir. 1990).  As the Eleventh Circuit has explained:

> Facts in dispute cease to be "material" facts when the plaintiff fails to establish a prima facie case.  "In such a situation, there can be 'no genuine issue as to any material fact,' since a complete failure of proof concerning an essential element of the non-moving party's case necessarily renders all other facts immaterial." [Citation omitted].  Thus, under such circumstances, the public official is entitled to judgment as a matter of law, because the plaintiff has failed to carry the burden of proof.  This rule facilitates the dismissal of factually unsupported claims prior to trial.

898 F.2d at 1532.

## I.    Plaintiff has no liberty interest in which facility or where in the facility he is housed.

Plaintiff arrived at ECF on December 14, 2006.  On December 20, 2006, Plaintiff was placed in administrative segregation because he claimed inmate Richard Edwards was an enemy and he could not live in the general population with inmate Edwards.  Edwards denied he was an

enemy of Plaintiff.  Plaintiff was reclassified to administrative segregation, medium custody because he refused to sign a living agreement and live in general population with inmate Edwards. Plaintiff's confinement to administrative segregation was not a deprivation of constitutionally protected liberty interest and in fact, was caused by Plaintiff's refusal to live in the general population.

On January 3, 2007, Warden Mosley questioned Officer Gavins about Plaintiff using Rule 32.6 forms to write his administrative, not legal, complaints.   Officer Gavins then questioned Plaintiff about his misuse of the legal forms to which Plaintiff responded that he had always used the legal forms for administrative complaints.  Plaintiff was charged with violating Rule 69 - Destroying, Stealing, Disposing, Altering, Damaging or Selling State Property and received 30 days disciplinary segregation and loss of all privileges. Plaintiff was not placed in disciplinary segregation because of a grievance regarding inadequate health care.   Plaintiff violated prison rules and was punished accordingly.

Plaintiff has failed to state a claim because he has suffered no constitutionally significant harm, as he has no liberty interest in his prison assignment.   The Due Process Clause only protects restraints that impose significant and atypical hardships on the inmate in relation to ordinary prison life. *Sandin v. Conner*, 515 U.S. 472, 484 (1995) (holding that inmates had no liberty interest in being free from disciplinary segregation).  It has been widely held that prisoners have no liberty interest in their classification status. *Meachum v. Fano*, 427 U.S. 215 (1976) (holding there is no liberty interest in being free from being transferred to a less agreeable prison); *Rodgers v. Singletary*, 142 F.3d 1252, 1253 (11th Cir. 1998) (affirming that two months' confinement to administrative segregation was not a deprivation of constitutionally protected liberty interest); *Moody v. Daggett*, 429 U.S. 78, 88 (1976) (noting that federal inmates have no

liberty interest in eligibility for rehabilitative programs); *Slocum v. Georgia State Bd. of Pardons and Paroles*, 678 F.2d 940, 942 (11th Cir.) *cert. denied*, 459 U.S. 1043 (1982) (holding prisoners do not state a due process claim by asserting that erroneous information was used in their parole decisions); *Johnson v. State*, 797 So.2d 1113, 1115 (Ala. Civ. App. 2001). A transfer to another institution or being held in administrative segregation is not a significant and atypical hardship in relation to the ordinary incidents of prison life and thus, the Defendants are entitled to summary judgment.

The decision as to Plaintiff's assignment to a different facility was proper in any event, and it is entitled to judicial deference. As the Supreme Court has stated, federal courts "ought to afford appropriate deference and flexibility to state officials trying to manage a volatile (prison) environment. (Citations omitted.) Such flexibility is especially warranted in the fine-tuning of the ordinary incidents of prison life, a common subject of prisoner claims since *Hewitt*." *Sandin* at 482-483.

## II.    Plaintiff has failed to state a claim of retaliation under 42 U.S.C. § 1983.

Plaintiff alleges his transfers from Bibb to Draper to Easterling Correctional Facilities were retaliatory because he filed administrative complaints regarding prison conditions. The Plaintiff has failed to state a claim of retaliation under 42 U.S.C. § 1983. "Claims alleging retaliation must be factual and mere conclusory allegations of unconstitutional retaliation will not suffice." *Adams v. James*, 797 F. Supp. 940, 948 (M.D. Fla. 1992) (citing *Frazier v. Dubois*, 922 F.2d 560, 562 n.1 (10th Cir. 1990)). The Eleventh Circuit has routinely applied the analysis enunciated by the Supreme Court in *Mt. Healthy City Sch. Dist. Bd. of Educ. v. Doyle*, 429 U.S. 274 (1977) to various kinds of retaliation claims brought under 42 U.S.C. § 1983. *See Allen v.*

*Autauga County Bd. of Educ.*, 685 F.2d 1302 (11th Cir. 1982); *Kurtz v. Vickrey*, 855 F.2d 723

(11th Cir. 1988). In *Mt. Healthy*, the Court articulated a burden-shifting standard by which it

decides retaliation cases. First, the Plaintiff must show by a preponderance of the evidence that

his protected conduct was a substantial or motivating factor in the Defendant's actions against

him. If the Plaintiff carries that burden, then the burden shifts to the Defendants to prove by a

preponderance of the evidence that he would have made the same decision even in the absence of

the protected conduct. *Mt. Healthy*, 429 U.S. at 287.

In prisoner cases, however, more is required to state a claim under § 1983 than the mere

allegation that prison officials retaliated against the inmate for exercising a constitutional right.

Federal courts have recognized "that claims by prisoners that particular administrative decisions

have been made for retaliatory purposes are prone to abuse." *Flaherty v. Coughlin*, 713 F.2d 10,

13 (2d Cir. 1983). The Seventh Circuit Court of Appeals has provided persuasive guidance in

analyzing prisoner retaliation claims brought pursuant to § 1983:

> Not every claim of retaliation by a disciplined prisoner, who either has had
> contact with, or has filed a lawsuit against prison officials, will state a cause of
> action for retaliatory treatment. Rather, the prisoner must allege a chronology of
> events from which retaliation may plausibly be inferred. *Murphy v. Lane*, 833
> F.3d 106, 108-09 (7th Cir. 1987) (holding that the plaintiff's complaint "set forth
> a chronology of events from which retaliatory animus on the part of the
> defendants could arguably be inferred" sufficient to overcome a motion to
> dismiss). *See also Benson v. Cady*, 761 F.2d 335, 342 (7th Cir. 1985) (noting that
> "alleging merely the ultimate fact of retaliation is insufficient"). Barring such a
> chronology, dismissal may be appropriate in cases alleging retaliatory discipline.

*Cain v. Lane*, 857 F.2d 1139, 1143 n.6 (7th Cir. 1988).

Plaintiff in the instant case does not allege any chronology of events such that retaliation

can be can be inferred. In fact, Plaintiff's complaint shows he consistently files administrative

complaints with various prison officials so that he can continuously and falsely allege legitimate

penological acts are the result of retaliation. Plaintiff alleges amorphously that he has filed

unspecified complaints and then alleges his transfers from prison to prison, his classification, and disciplinary are a result of retaliation. He is simply devoid of specifics. This is the very reason the appellate courts require allegations of a chronology of events rather than mere conclusory pleadings.

According to the Eleventh Circuit in *Thomas v. Evans*, "The first amendment prohibits state officials from retaliating against prisoners for exercising the right of free speech." *Thomas v. Evans*, 880 F. 2d 1235, 1241 (11th Cir. 1989)(citations omitted). The Eleventh Circuit also states, "The first amendment … prohibits state officials from denying a prisoner's legal right of access to the courts." 880 F. 2d 1235, 1241 (11th Cir. 1989). Plaintiff alleges in his complaint and amended complaint Warden DeLoach and Warden Mosley retaliated against him for filing grievances. Plaintiff alleges Warden DeLoach had him transferred to ECF and Warden Mosley had Officer Gavins issue a disciplinary against him for a violation of Rule 69 – Destroying, Stealing, Disposing, Altering, Damaging State Property. Plaintiff has completely failed to provide any evidence that his protected conduct was a substantial or motivating factor in the Defendants' alleged retaliatory actions. As previously discussed, Plaintiff has no liberty interest in which prison he is housed or where within the prison he is housed, therefore his retaliation claims against simply fail. Evidence has been submitted showing that the Plaintiff's own behavior (misusing legal materials) resulted in the disciplinary action taken against him by Officer Gavins. The Plaintiff's retaliation claim must fail because the penalties of being issued a disciplinary were not a result of the Defendants' retaliation against the Plaintiff, but because of the Plaintiff's own infractions. Officer Gavins filed the disciplinary against the Plaintiff after Warden Mosley questioned Officer Gavins about Plaintiff using Rule 32.6 forms to write his administrative, not legal, complaints in violation of Rule 69.

The Defendants would have clearly made the same decisions, even if the Plaintiff had not filed complaints regarding his living conditions. Therefore, there is no causal connection between the Plaintiff's vague and unspecified actions and the Defendants' actions. It is evident that the actions the Defendants took against the Plaintiff were not a form of retaliation against the Plaintiff.

### III.    Plaintiff has access to the Courts.

The Plaintiff alleges that he has been denied access to the law library and adequate legal materials. Persons in segregation are not allowed to be in the law library. Plaintiff, as are others in segregation, is allowed to request whatever legal materials he deems necessary and has frequently done so. It is true that *Bounds v. Smith*, 430 US 817 (1977) stands for the proposition that a prison system must insure that a prisoner has reasonable access to the courts, which can be provided by access to an adequate law library or legal assistance, but it is not true that *Bounds* purports to list the requirements for an adequate law library and access thereto. In *Lewis v. Casey*, 518 US 343, 351 (1996) the Court stated: "Because *Bounds* did not create an abstract freestanding right to a law library or legal assistance, an inmate cannot establish that his prison's law library is subpar in some theoretical sense. This would be the precise analogy of a healthy inmate claiming constitutional violation because of the inadequacy of the prison infirmary. Insofar as a right vindicated by *Bounds* is concerned, meaningful access to the courts is the touchstone, id., at 823, 97 S. Ct., at 1495 and the inmate therefore must go one step further and demonstrate that the alleged short coming in the library or legal  assistance program hindered his efforts to pursue a legal claim." "Although *Bounds* itself made no mention of an actual injury requirement, it can hardly be thought to have eliminated the constitutional requirement." *Lewis*

*v. Casey*, 518 US 343, 357, (1996).   The facts in this case show that Plaintiff has accessed legal materials over 80 times.   The instant action that the inmate has filed shows that his access to the courts is in no way hindered[2].   Plaintiff further has not alleged any damage caused to him by any denial of access to the law library.

Plaintiff has additionally alleged he was denied a file folder to keep his notes in for an August 8, 2007, court appearance in the Montgomery County Circuit Court.   Plaintiff does not allege anything further.   There is no constitutional right to a manila file folder. Plaintiff's legal theory is defective because the facts clearly show he has access to sufficient legal materials.

**IV.     The statute of limitations has expired on certain allegations.**

Plaintiff makes reference in his affidavit filed with his original complaint (Doc. 1) to an alleged improper transfer from ECF on May 2, 2003.   In the body of his complaint (Doc. 1), Plaintiff refers to being placed in segregation for six months in 2002.   As to these allegations and to any others buried in Plaintiff's filings which contest actions that occurred before August 22, 2005, the Defendants assert the applicable statute of limitations of two years.   There is no federal statute of limitations for actions brought pursuant to 42 U.S.C. § 1983.   In *Owens v. Okure*, 488 U.S. 235 (1989), the United States Supreme Court held that the appropriate state statute of limitations to borrow for claims brought under 42 U.S.C. § 1983 when the state has multiple statutes of limitations for personal injury actions is the residual or general personal injury statute of limitations. The applicable Alabama statute of limitations provided in *Ala. Code* § 6-2-38(l) is

---

[2] Plaintiff has pending these unrelated actions: *West v. Sconyers et al.* - 2:08-cv-00082-MEF-WC, U.S. District Court for the Middle District of Alabama; *West v. Hamilton, et al.* – CV 2007-1740, Montgomery County, Alabama; and *West v. Knox*, CC 2007-55, Barbour County, Alabama.   These cases, along with the instant case, show Plaintiff's access to the courts has not been hindered.

two (2) years.   Any alleged incidents before August 22, 2005 are simply beyond the statute of limitations.


**V.      The Defendants are immune from suit.**

Plaintiff's suit is barred under the doctrines of discretionary function and qualified immunity. Qualified immunity protects government officials from civil trials and liability when their conduct "violates no clearly established statutory or constitutional rights of which a reasonable person would have known." *Wilson v. Blankenship*, 163 F.3d 1284, 1288 (11th Cir. 1998), quoting *Lassiter v. Alabama A&M Univ., Bd. of Trustees*, 28 F.3d 1146, 1149 (11th Cir. 1994). The Defendants are also entitled to discretionary-function immunity, which protects the discretionary acts of state employees from suit unless a plaintiff can show the employee acted maliciously or in bad faith.  *Taylor v. Adams*, 221 F.3d 1254, 1261 (11th Cir. 2000).  As Plaintiff has not shown that the Defendants' acts violated clearly established law, or were done in bad faith, they are immune from suit.

To the extent that the Plaintiff asserts his claims against the Defendants in their official capacities, the claims must fail because the Defendants are entitled to immunity via the Eleventh Amendment. The Eleventh Amendment to the United States Constitution provides that "[t]he judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another state, or by citizens or subjects of any foreign state."  The Amendment not only bars suits against a state by citizens of another state, but it also bars suits against a state by that state's own citizens.  See *Edelman v. Jordan*, 415 U.S. at 663, 94 S. Ct at 1347 and *Hans v. Louisiana*, 134 U.S. 1, 13-15, 10 S. Ct. 504, 33 L.Ed. 842 (1890).  The Defendants were acting within the scope of their official

duties in this instance on behalf of the State of Alabama. The State of Alabama has not waived

its immunity or consented to the filing of such a suit. The Defendants are absolutely immune

from suit in this instance. U.S. Const. amend. 11; Art. I, § 14, ALA. Const. (The State of

Alabama shall never be made a defendant in any court of law or equity); see also *Kentucky v.*

*Graham*, 473 U.S. 159, 165 (1985) (a claim against a state official in his official capacity is a

claim against the state).


## CONCLUSION

There are no genuine issues of material fact, and the Defendants are entitled to judgment

as a matter of law. WHEREFORE, the Defendants respectfully request that this Honorable

Court dismiss the claims against them.

Respectfully submitted,

TROY KING
Attorney General

/s/ *Jeffery H. Long*
Jeffery H. Long
Assistant Attorney General


ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
jlong@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 21st day of July, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the same upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Robert James West, Jr., AIS 110315
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

/s/ *Jeffery H. Long*
Jeffery H. Long
Assistant Attorney General

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EXHIBIT

1

| | |
|---|---|
| JAMES WEST, #110315<br>Plaintiff, | )<br>)<br>) |
| VS. | )<br>) |
| | )     CASE NO. 2:07-CV-747-WKW |
| | ) |
| BRYAN GAVINS, et al.<br>Defendant (s) | )<br>) |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Bryan Gavins</u>, who being known to me and being by me duly sworn, deposes and says under oath as follows:

My name is Bryan Gavins, and I am presently employed as a <u>Correctional Officer</u>, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, Alabama, 36017. I am over twenty-one (21) years of age.

Inmate James West, #110315, claims that he was denied a manila file folder on July 24, 2007, this is true. No inmates at Easterling Correctional Facility are issued manila file folders. Inmates that need the manila folders has to purchase them from the inmate store. Inmate West also claims that he was denied access to the Law Library. Inmate West was assigned to the Administrative Segregation through out his stay at Easterling Correctional Facility. All inmates assigned to the Segregation Unit are not allowed physical access to the Law Library. They may request legal material. Inmate West did request legal material and was given legal material (Exhibit A & B). Inmate West has been issued a total count of 540 sheets of paper and 89 envelopes.

I have not violated Inmate West's Constitutional Rights.

*Bryan Gavins, CO*

BRYAN GAVINS, CORRECTIONAL OFFICER

SWORN TO AND SUBSCRIBED TO before me this the ___18th___ day of
___June___, 2008.

*Linda E. Teal*
NOTARY PUBLIC

My Commission Expires: ___7-11-11___

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM.**

DATE 5-2-14                    LOCATION

NAME: _____    A.I.S. 110-315    Dorm./Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED                    ISSUED          ALTERNATIVE BOOKS          ISSUED
                                              YES  NO                                    YES  NO
1. Title 6 Ala Code 1975  ( ) ( )    Title 31 code 1975 ( ) ( )
   attempted Murder
2. Title 13 Ala Code 1975 ( ) ( )    Title 31 code 1975 ( ) ( )
                                     of Title 13 code 1975 effect Weapon

DATED: JAN 0 4 2007          RECEIVED _____ effect Weapon

EXPLAIN REQUEST FURTHER IF NEEDED: _____ Did not receive additional

NOTARY SERVICE REQUEST ( )  People Feb 1/06/07

ADDITIONAL REQUEST, PLEASE EXPLAIN: keep2 kit to need
Additional paper – 6 -sheets is not adequate
I am in the process of filing three (3) complaints

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff _____        JAN 0 4 2007
                                  Date

ALL REQUESTS MUST BE WRITTEN ON THIS FORM

REVISED JUNE 2001

---

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM.**

DATE 1-04-07                    LOCATION 5-2-14

NAME: _____    A.I.S. 110-315    Dorm./Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED                    ISSUED          ALTERNATIVE BOOKS          ISSUED
                                              YES  NO                                    YES  NO
1. AL R36 Law rev'd 2001 ( ) ( )    Class Appl. A3  ( ) ( )
                                     rev'd #06
2. 28 U.S.C. 1915 (as revised Amend.2001) ( ) ( )    AR 319 ( ) ( )
                                     w/A

DATED: JAN 0 4 2007          RECEIVED _____

EXPLAIN REQUEST FURTHER IF NEEDED: Need three (3) available AR 319
Inmate Grievance Procedure? Please include if available

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: Need three (3) additional
Substantial Hardship  3-Civil Subpoenas  3-Civil Cover
Sheets. Legal kit and 60 Sheets Additional paper denial
all requests  Very Additional papers have been denied

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: * must request thru Lt. Bryant

Clerk or Staff _____        JAN 0 4 2007
                                  Date

ALL REQUESTS MUST BE WRITTEN ON THIS FORM

REVISED JUNE 2001

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

NAME: _Marcus West_          A.I.S. _110-315_

DATE: _1-8-07_          LOCATION _5-B-14_

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
| | YES | NO | | YES | NO |
| Title 14 Code of Ala. | ( ) | ( ✓ ) | Title 14 Code of Ala. | ( ) | ( ) |
| 1975 | | | 1975 | | |
| 8979 F. Supp | | | Title 6 Code of Ala. 1975 | ( ) | ( ) |
| | | | RECEIVED _Marcus West_ | ( ) | ( ) |
| DATED _JAN 11 2007_ | | | | | |

EXPLAIN REQUEST FURTHER IF NEEDED: _Need copy of Act 1979 No. 79-354_
_And §§ 14-1-15 - 14-1-17 Code of Ala (1975) is the_
_14-15 not available. Could not pass. U.S._

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit - additional_
_paper and carbon ... I need 2 for additional copies_
_for initial filing of the complaints (5). I need 5 for_
_50 sheets. All 10-1-2005 responses have been received._
_& 5 sheets of lined paper_     _30 sheets_

NOTARY SERVICE REQUEST ( )

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Staff _(signature)_

Date _JAN 11 2007_

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

---

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

NAME: _Marcus West_          A.I.S. _110-315_

DATE: _1-10-07_          LOCATION _5-B-14_

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
| 1. Ala. Civil 1981 Fed 1975 | ( ✓ ) | ( ) | Ala. R. Civ. P. | ( ✓ ) | ( ) |
| 2. Washington 2001 (OR ADD) | ( ) | ( ) | Ala. R.H.D. | ( ) | ( ) |
| DATE _JAN 10 2007_ | | | RECEIVED _Marcus West_ | | |

EXPLAIN REQUEST FURTHER IF NEEDED: _All local ... requested_
_This is the ... material to check the ..._

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit. ..._
_paper ... Need copies B. ..._
_Guidelines/laws, Ala. Civ. App. 2004-05._

NOTARY SERVICE REQUEST ( )

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Staff _(signature)_

Date _JAN 1 ..._

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

## Form 1 (upper)

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE: 1-18-07

NAME: James West    A.I.S. 110315

LOCATION

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

|  | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
|  | YES | NO |  | YES | NO |
| 705 3g 7.0 | ( ) | (✓) | 02-400 | ( ) | ( ) |
| 843 5n 7.0 | | | | | |

DATED: JAN 18 2007

RECEIVED: _____ (signature)

NOTARY SERVICE REQUEST (✓)    YES ( )  NO ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

EXPLAIN REQUEST FURTHER IF NEEDED: _____

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: From Jan 14, 07 Request

Quinlan v. Jones (Hendant)

Provide portion

Use follows not issued to inmates.

Clerk or Staff: Quinlan    Date: JAN 18 2007

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

---

## Form 2 (lower)

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE: 1-18-07

NAME: James West    A.I.S. 110315

LOCATION

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

|  | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
| 1. CR 413 | (✓) | NO | CR 406 | (✓) | NO |
| 2. 705 | ( ) | ( ) | 94797 | ( ) | ( ) |

DATED: JAN 18 2007

RECEIVED: _____ (signature)  94797

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST (✓)    YES

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff: _____    Date: JAN 23 2007

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

## Form 1 (top)

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

LOCATION 5-A-4

Dorm / Bed

NAME: _James Pratt_   A.I.S. _110315_

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|---|
| | YES | NO | | YES  NO |
| Title 14, code of AL 1975 | ( ) | ( ) | Constitution * | ( ) ( ) |
| Title 6, code of Ala. 1975 | ( ) | ( ) | Special Dr. | ( ) ( ) |
| | YES | NO | Chapter & Person | ( ) ( ) |
| | ( ) | ( ) | | YES  NO |
| RECEIVED: James Pratt 1/24/07 | | | | ( ) ( ) |

DATED: _____

EXPLAIN REQUEST FURTHER IF NEEDED: _I need the above referenced_
_material as soon as possible. El Paso 3 completed_
_and need at least 4 books of Order before need of_
_need to shortly of Roger to complete Necessity._

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: * Provide Version of ___work
_Needed_

Clerk or Staff _____   Date _____

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

## Form 2 (bottom)

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

LOCATION 5-A-4

Dorm / Bed

DATE 1/23/07

NAME: _James Pratt_   A.I.S. _116315_

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|---|
| Title of code AL 1975 | ( ) | ( ) | Constitution | ( ) ( ) |
| Title 6, code of Ala 1975 | ( ) | ( ) | Manual # | ( ) ( ) |
| | | | Chapter to Now | YES  NO |
| RECEIVED: James Pratt 1/30/07 | | | | ( ) ( ) |

DATED: _____

EXPLAIN REQUEST FURTHER IF NEEDED: _I will see the above_
_of the Class / Manual, class till the above copies acknowledge_
_Legal Kit Restore proper_
_to shortly, 5 civil summons_

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff _____   Date _____

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

## Form 1

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

LOCATION: 5-A-4

NAME: James Elbert

A.I.S. 110315

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

DATE: 1-30-07

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
| | YES | NO | | YES | NO |
| 200.4 Ala Law (14) (11/30/06) | ( ) | ( ) | Alias Elbert v Jones | ( ) | ( ) |
| Boles Ala Code 1975 | | | Jones v the Manual | | |
| | YES | NO | Title 36 Ala Code 1975 | YES | NO |
| | ( ) | ( ) | 1975 Jones v Elbert 110747 | ( ) | ( ) |
| | | | RECEIVED | | |

DATED: FEB 01 2007

EXPLAIN REQUEST FURTHER IF NEEDED: Also 70 & 36 - Tit 176 and override me but & Convey Listed so el Case pillar Books. Const by your yes

ADDITIONAL REQUEST, PLEASE EXPLAIN: legal Ric / inboring / Bin The paper Slocomb 70 36 21 Tile Ala Civ Code 1997 el need the latest law bounds or wheel does benefit with the case

NOTARY SERVICE REQUEST ( )

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: Pen issued

Clerk or Staff

Date: 2 FEB 07   FEB 01 2007

REVISED JUNE 2001

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

## Form 2

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

LOCATION: 5-A-4

NAME: James Elbert

A.I.S. 110315

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

DATE: 2-02-07

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
| | YES | NO | | YES | NO |
| 1. 380 Sec 21 | (✓) | ( ) | Ala Elbert v Jonesio | ( ) | ( ) |
| 2. 437 Sec 21 | | | | | |
| | YES | NO | Clerk Manual Q | YES | NO |
| | (✓) | ( ) | | ( ) | ( ) |
| | | | RECEIVED James Elbert | | |

DATED: 2/6/2/6-7

EXPLAIN REQUEST FURTHER IF NEEDED: ** No Abruzzi el med to tell with the proper leg Code research where when not claimed access to the law library

ADDITIONAL REQUEST, PLEASE EXPLAIN: Legal Kit -yes

Title 7 questions / references / index similar to law Library

NOTARY SERVICE REQUEST ( )

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: ** Inmate instructed he will Receive All Material Available at time of Request.

Clerk or Staff

Date: _____

REVISED JUNE 2001

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

## Form 1 (left)

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE 2-07-07

NAME: James Holt

A.I.S. 110315

LOCATION B-4-A

Dorm / Bed _____

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES   NO | | YES   NO |
| H.R.R. Book 1 ?1983 | ( )  ( ) | Law Manual | ( )  ( ) |
| Ala Rules of court 2006 | ( )  ( ) | Code of Ala ( )  ( ) | |
| | | 855 B. 2d | ( )  ( ) |

DATED Feb 11 '07

RECEIVED James Holt

EXPLAIN REQUEST FURTHER IF NEEDED: ●

ADDITIONAL REQUEST, PLEASE EXPLAIN: Legal Kit/carbon paper

NOTARY SERVICE REQUEST ( )

NOTE: Forms and Legal Kits are issued according to availability.

_DO NOT WRITE BELOW THIS LINE_

LAW LIBRARY REPLY:

FEB 11 2007
_____
Clerk or Staff                 Date

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

---

## Form 2 (right)

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE 2-9-07

NAME: James Holt

A.I.S. 110315

LOCATION B-4-B

Dorm / Bed _____

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| 855 B. 2d | ( )  ( ) | Law Manual | ( )  ( ) |
| Ala. Rules Court 2006 | ( )  ( ) | Code of Ala | ( )  ( ) |
| | | | ( )  ( ) |

DATED FEB 13 2007

RECEIVED _____

EXPLAIN REQUEST FURTHER IF NEEDED:

ADDITIONAL REQUEST, PLEASE EXPLAIN:

NOTARY SERVICE REQUEST ( )

NOTE: Forms and Legal Kits are issued according to availability.

_DO NOT WRITE BELOW THIS LINE_

LAW LIBRARY REPLY:

_____
Clerk or Staff                 Date

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

## Form 1 (left)

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

LOCATION B-27

NAME: _Chrues West_          A.I.S. _110315_   Dorm / Bed

DATE 2-20-07

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | ALTERNATIVE BOOKS | ISSUED |
| | YES   NO | | YES   NO |
| 1. | ( )  ( ) | | ( )  ( ) |
| 2. | YES   NO | | YES   NO |
| | ( )  ( ) | | ( )  ( ) |

DATED: FEB 21 2007          RECEIVED _Chrues West_

EXPLAIN REQUEST FURTHER IF NEEDED: _I need to see the notising_
_Q. Class. Manual as listed above. Pgs 16-23_

NOTARY SERVICE REQUEST ( ✓ )          yes

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit/ Carbon paper_
_3. Alabama Substantial Hardship, it also need_
_4. months of the updates_

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff _____   Date _____

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

---

## Form 2 (right)

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

LOCATION B-27

NAME: _Chrues West_          A.I.S. _110315_   Dorm / Bed

DATE 2/20/07

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | ALTERNATIVE BOOKS | ISSUED |
| | YES   NO | | YES   NO |
| 1. | ( )  ( ) | Ala. Report | ( )  ( ) |
| 2. | YES   NO | 764A 30 | YES   NO |
| | ( )  ( ) | | ( )  ( ) |

DATED FEB 27 2007          RECEIVED _Chrues West_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit/ Carbon_
_paper_          yes

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff _____   Date _____

CC: File

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

## LAW LIBRARY REQUEST FORM
### SEGREGATION / RESTRICTED DORM

LOCATION B-J-7

NAME: _James West_

DATE 4-9-07

A.I.S. 112315

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
| --- | --- | --- | --- | --- | --- |
| | YES | NO | | YES | NO |
| 1. Title 28 USC 3396 | ( ) | ( ✓ ) Fed R Civ P | ( ✓ ) | ( ) |
| 2. Ala Rule Crim-81 | ( ) NO 2006 | | ( ✓ ) | ( ) |
| or the Ala Manual | (✓ ) | | | |
| DATED: APR 20 2007 | RECEIVED: | | | ( ) | ( ) |

EXPLAIN REQUEST FURTHER IF NEEDED: ____

NOTARY SERVICE REQUEST ( )    YES ( )    NO ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Fed R Civ P Appendix_

LAW LIBRARY REPLY: ____

NOTE: Forms and Legal Kits are issued according to availability.

DO NOT WRITE BELOW THIS LINE

Clerk or Staff _MMS_

Date APR 20 2007

REVISED JUNE 2001

---

## LAW LIBRARY REQUEST FORM
### SEGREGATION / RESTRICTED DORM

LOCATION B-J-7

NAME: _James West_

DATE 4/20/07

A.I.S. 112315

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
| --- | --- | --- | --- | --- | --- |
| | YES | NO | | YES | NO |
| 1. Ala Rules Proc | ( ✓ ) | ( ) | | ( ) | ( ) |
| 1-12-23 | ( ) | ( ) | | | |
| 2. Title 28 USC 3396 | ( ✓ ) | ( ) | | ( ) | ( ) |
| DATED: APR 24 2007 | RECEIVED: | | | ( ) | ( ) |

EXPLAIN REQUEST FURTHER IF NEEDED: ____

NOTARY SERVICE REQUEST ( )    YES ( )    NO ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit_

LAW LIBRARY REPLY: ____

NOTE: Forms and Legal Kits are issued according to availability.

DO NOT WRITE BELOW THIS LINE

Clerk or Staff ____

Date APR 24 2007

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

**Form 1 (left):**

LAW LIBRARY REQUEST FORM
SEGREGATION / RESTRICTED DORM

DATE 4-1-07

NAME: James Elliot     A.I.S. 110395     LOCATION Dorm / Bed B-27

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
| --- | --- | --- | --- |
| | YES NO | | YES NO |
| Black's Law 793-794 | ( ) ( ) | | ( ) ( ) |
| | YES NO | | YES NO |
| | ( ) ( ) | | ( ) ( ) |

DATED: MAY 02 2007     RECEIVED: [signature]

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST ( )   YES NO

ADDITIONAL REQUEST, PLEASE EXPLAIN: Legal Kit   YES

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Staff [signature]     Date MAY 02 2007

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

---

**Form 2 (right):**

LAW LIBRARY REQUEST FORM
SEGREGATION / RESTRICTED DORM

DATE 5/16/07

NAME: James Elliot     A.I.S. 110395     LOCATION Dorm / Bed B-27

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
| --- | --- | --- | --- |
| | YES NO | | YES NO |
| 1. Black's Law A2 # 36 | 3-9 ( ) ( ) | | ( ) ( ) |
| | YES NO | | YES NO |
| 2. Title 28 §2254 | books 1-630 ( ) ( ) | | ( ) ( ) |

DATED: MAY 04 2007     RECEIVED: [signature]

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: Legal Kit   YES

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Staff [signature]     Date MAY 04 2007

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM.**

LOCATION  B-27

DATE 5/03/07

NAME: James West

A.I.S. 110375

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

|  | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| MATERIAL / BOOKS REQUESTED | YES NO | | YES NO |
| Class Place P- | ( ) ( ) | | ( ) ( ) |
|  | YES NO | | YES NO |
|  | ( ) ( ) | | ( ) ( ) |

DATED: MAY 08 2007    RECEIVED:

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN:

......DO NOT WRITE BELOW THIS LINE......

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Staff _____

Date MAY 08 2007

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

---

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM.**

LOCATION  B-27

DATE 5/04/07

NAME: James West

A.I.S. 110375

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

|  | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| MATERIAL / BOOKS REQUESTED | YES NO | | YES NO |
| Class Place P- | ( ) ( ) | | ( ) ( ) |
|  | YES NO | | YES NO |
|  | ( ) ( ) | | ( ) ( ) |

DATED: MAY 11 2007    RECEIVED:

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN:

......DO NOT WRITE BELOW THIS LINE......

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Staff _____

Date MAY 11 2007

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

## Form 1 (top)

5/14/07
DATE

**LAW LIBRARY REQUEST FORM**
SEGREGATION / RESTRICTED DORM    B-27
LOCATION

NAME: _James West_    A.I.S. _110315_

Dorm / Bed    B-27

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| 1. Class Mar. 7-40-50 | YES NO ( ) ( ) | | YES NO ( ) ( ) |
| 2. 565 824 | YES NO ( ) ( ) | | YES NO ( ) ( ) |

DATED: MAY 15 2007    RECEIVED _____

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

.................................................
DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff    Date    MAY 15 2007

REVISED JUNE 2001

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

## Form 2 (bottom)

5/15/07
DATE

**LAW LIBRARY REQUEST FORM**
SEGREGATION / RESTRICTED DORM    B-27
LOCATION

NAME: _James West_    A.I.S. _110315_

Dorm / Bed    B-27

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| 1. Class Mar. P. 40-50 | YES NO ( ) ( ) | | YES NO ( ) ( ) |
| 2. Title 9 sec 9 etc 1975 | YES NO ( ) ( ) | | YES NO ( ) ( ) |

DATED: MAY 18 2007    RECEIVED _____

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

.................................................
DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff    Date    MAY 18 2007

REVISED JUNE 2001

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

**LAW LIBRARY REQUEST FORM**

**SEGREGATION / RESTRICTED DORM**

DATE: 5/17/07

NAME: _Creed West_   LOCATION: B-27

Dorm / Bed

A.I.S. 110315

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | | ALTERNATIVE BOOKS | ISSUED |
| --- | --- | --- | --- | --- |
| | YES | NO | | YES | NO |
| 1. Class 1 Med Cl B 60 cht | ( ) | ( ) | | ( ) | ( ) |
| 2. | ( ) | ( ) | | ( ) | ( ) |

DATED: MAY 23 2007   RECEIVED: _Creed West_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal field_

NOTARY SERVICE REQUEST ( )   YES ( )   NO ( )

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

- - - - - - - - - DO NOT WRITE BELOW THIS LINE - - - - - - - - -

Clerk or Staff _____   Date MAY 23 2007

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

---

**LAW LIBRARY REQUEST FORM**

**SEGREGATION / RESTRICTED DORM**

DATE: 5/23/07

NAME: _Creed West_   LOCATION: B-27

Dorm / Bed

A.I.S. 110315

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | | ALTERNATIVE BOOKS | ISSUED |
| --- | --- | --- | --- | --- |
| 1. Class Med Cl B-90 | ( ) | ( ) | | ( ) | ( ) |
| 2. 5-75-8-24 | ( ) | ( ) | | ( ) | ( ) |

DATED: MAY 26 2007   RECEIVED: _Creed West_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Ref_   YES

NOTARY SERVICE REQUEST ( )   YES ( )   NO ( )

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

- - - - - - - - - DO NOT WRITE BELOW THIS LINE - - - - - - - - -

Clerk or Staff _____   Date MAY 26 2007

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

## Form 1 (left)

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

LOCATION: B-27

NAME: _James West_     A.I.S. 110915

DATE: 5/29/07     Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
| --- | --- | --- | --- |
| | YES NO | | YES NO |
| 1. 86 3 3o. 21 | (✓)( ) 1040 EZ (✓) | | (✓)( ) |
| 2. 854 26. 34 | (✓)( ) | | ( )( ) |

DATED: JUN 01 2007     RECEIVED: _____

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

─────────── DO NOT WRITE BELOW THIS LINE ───────────

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff _____     Date JUN 01 2007

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

## Form 2 (right)

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

LOCATION: B-27

NAME: _James West_     A.I.S. _____

DATE: 6/01/07     Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
| --- | --- | --- | --- |
| | YES NO | | YES NO |
| 1. 748 3o. 24 | (✓)( ) | | ( )( ) |
| 2. 833 8.34 | ( )( ) | | ( )( ) |

DATED: JUN 05 2007     RECEIVED: _____

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

─────────── DO NOT WRITE BELOW THIS LINE ───────────

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff _____     Date JUN 05 2007

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

## Form 1 (top)

LAW LIBRARY REQUEST FORM
SEGREGATION / RESTRICTED DORM

LOCATION  B-27

DATE  6-5-07

NAME: _____

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

Dorm / Bed _____

A.I.S.  110315

MATERIAL / BOOKS REQUESTED

| | ISSUED | ALTERNATIVE BOOKS | ISSUED |
| | YES NO | | YES NO |
1. IRS Tax Table/Phone | ( ) ( ) | | ( ) ( ) |
2. 879.86.21 | YES NO | | YES NO |
| | ( √ ) ( ) | | ( ) ( √ ) |

DATED:  JUN 0 8 2007    RECEIVED _____

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: Legal Kit

YES

................................................
DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff _____    Date  JUN 0 8 2007

ALL REQUESTS MUST BE WRITTEN ON THIS FORM

REVISED JUNE 2001

## Form 2 (bottom)

LAW LIBRARY REQUEST FORM
SEGREGATION / RESTRICTED DORM

LOCATION  B-27

DATE  6-8-07

NAME: _____

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

Dorm / Bed _____

A.I.S.  110315

MATERIAL / BOOKS REQUESTED

| | ISSUED | ALTERNATIVE BOOKS | ISSUED |
| | YES NO | | YES NO |
1. 1445 Bir.2d | ( ) ( ) | | ( ) ( ) |
2. 551 So.2d | YES NO | | YES NO |
| | ( √ ) ( ) | | ( ) ( ) |

DATED:  JUN 1 2 2007    RECEIVED _____

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

................................................
DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff _____    Date  JUN 1 2 2007

ALL REQUESTS MUST BE WRITTEN ON THIS FORM

REVISED JUNE 2001

## Form 1 (left)

6-8-07

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE

B-37
LOCATION

NAME: _James White_    A.I.S. _112375_

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

**MATERIAL / BOOKS REQUESTED**

| | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
| | YES | NO | | YES | NO |
1. _Title 15 Code of Ala. 1975_ ( ) ( ) _AR 456_ (✓) ( )
2. _TDL Bh.21_ ( ) ( ) _____ ( ) ( )

DATED: JUN 1 9 2007    RECEIVED _James White_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit_

_____ yes

**DO NOT WRITE BELOW THIS LINE**

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

_____ (signature)    JUN 1 9 2007
Clerk or Staff      Date

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

---

## Form 2 (right)

6-19-07

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE

B-37
LOCATION

NAME: _James White_    A.I.S. _112375_

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

**MATERIAL / BOOKS REQUESTED**

| | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
| | YES | NO | | YES | NO |
1. _44550. Jel_ (✓) ( ) _____ ( ) ( )
2. _551 So. 2d_ (✓) ( ) _____ ( ) ( )

DATED: JUN 26 2007    RECEIVED _James White_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST (✓)

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit_

_____ yes yes
_____ Legal Kit

**DO NOT WRITE BELOW THIS LINE**

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

_____ (signature)    JUN 26 2007
Clerk or Staff      Date

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

## Form 1

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE: 6-26-07

LOCATION: B-27

NAME: _Sannie West_   AIS: 110315

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | | ALTERNATIVE BOOKS | ISSUED |
| | YES NO | | | YES NO |
| AR 440 | (✓) ( ) | | | ( ) ( ) |
| 928 F. Sd | (✓) ( ) | | | ( ) ( ) |

DATED: JUN 28 2007   RECEIVED: _signature_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _legal file  el also used_
_2) 1040 long forms I el can't use the 1040EZ_

...........................................

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff _signature_    Date: JUN 28 2007

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

---

## Form 2

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE: 6-30-07

LOCATION: B-27

NAME: _Sannie West_   AIS: 110315

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | | ALTERNATIVE BOOKS | ISSUED |
| | YES NO | | | YES NO |
| 1. 928 S. 2d | ( ) ( ) | | | ( ) ( ) |
| 2. title 16 code of Ala. | (✓) ( ) | | | ( ) ( ) |

DATED: JUL 03 2007   RECEIVED: _signature_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST (✓)

ADDITIONAL REQUEST, PLEASE EXPLAIN: _legal file  2 affidavits_
_of substantial hardship_

...........................................

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff _signature_    Date: JUL 03 2007

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

40 | 7-03-07

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**        B-24

DATE

LOCATION

NAME: _Glenn Blot_        A.I.S. _110915_

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| 1. 507 B. 26 | YES NO ( ) ( ) | | YES NO ( ) ( ) |
| 2. Alex Prgt. Dumovay Vol 4 | YES NO ( ) ( ) | | YES NO ( ) ( ) |

DATED: JUL 06 2007        RECEIVED: _Glenn Blot_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( ✓ ) YES NO

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Box_   yes

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff _____        Date

JUL 06 2007

REVISED JUNE 2001

---

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**        B-27

7-10-07

DATE

LOCATION

NAME: _Glenn Blot_        A.I.S. _110915_

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| ✱ See below | YES NO ( ) ( ) | | YES NO ( ) ( ) |
| 1. | YES NO ( ) ( ) | | YES NO ( ) ( ) |
| 2. | YES NO ( ) ( ) | | YES NO ( ) ( ) |

DATED: JUL 10 2007        RECEIVED: _Glenn Blot_

issues page Reed Shep

EXPLAIN REQUEST FURTHER IF NEEDED: Shepardize 936-26-26 Us]
(3) I need latest case (I really need about 3 hour...
in the law library

NOTARY SERVICE REQUEST ( ) YES NO   Legal Kit / I need 2 (10

ADDITIONAL REQUEST, PLEASE EXPLAIN: ____ term ✱ "interested party" defined (Blacks) Nike, is
you would, please enter the words "interested
party" on computer and bring me 2 books with the case

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: A person who is the subject of a
lawsuit should be included in the case

✱ A person who has a recognizable
stake (and therefore standing) in a
matter.

Clerk or Staff _____        Date

JUL 10 2007

REVISED JUNE 2001

## Form 1 (left side)

DATE 2-14-09

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM** 3-24

LOCATION

NAME: _Ahmad West_

Dorm / Bed

A.I.S. _110345_

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
| | YES | NO | | YES | NO |
| 87th So. 2d | (✓) | ( ) | | ( ) | ( ) |
| 768 So. 2d | YES ( ) | NO ( ) | | YES ( ) | NO ( ) |

DATED: JUL 12 2007       RECEIVED _Ahmad West_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Rts._ yes ○

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits a/o issued according to availability.

LAW LIBRARY REPLY: _____

_signature_
Clerk or Staff                    Date   JUL 12 2007

REVISED JUNE 2001

ALL REQUESTS MUST BE WRITTEN ON THIS FORM

## Form 2 (right side)

40 /

DATE 7-14-09

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM** 3-24

LOCATION

NAME: _Ahmad West_

Dorm / Bed

A.I.S. _110345_

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
| | YES | NO | | YES | NO |
| 1. Miller Vt 750 A1 1483 | (✓) | ( ) | | ( ) | ( ) |
| 5th Amendment Claims | | | | | |
| 2. Constitution Rt No. 7901 | YES | NO | | YES ( ) | NO ( ) |
| 9 evoluation of Appendix-9 | (✓) | ( ) | | | |

DATED: JUL 17 2007       RECEIVED _Ahmad West_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Rts._ yes ○

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

_signature_
Clerk or Staff                    Date   JUL 17 2007

REVISED JUNE 2001

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE: 7-17-07

LOCATION: B-34

Dorm / Bed

NAME: _Donald West_          A.I.S. 110363

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
| | YES/NO | | | YES | NO |
| 1669 $6.20 | (✓) ( ) | | | ( ) | ( ) |
| 741 $6.26 | YES NO ( ) ( ) | | | YES ( ) | NO ( ) |

RECEIVED: _Donald West_

DATED: JUL 19 2007

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit_    Yes no

........ DO NOT WRITE BELOW THIS LINE ........

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff

Date    JUL 19 2007

REVISED JUNE 2001

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

---

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE: 7 - -07

LOCATION: B-34

Dorm / Bed

NAME: _Donald West_          A.I.S. 110315

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
| | YES NO | | | YES | NO |
| 1. 9 F. 3d | (✓) ( ) | | | ( ) | ( ) |
| 2. 313 F. 3d | YES NO (✓) ( ) | | | YES ( ) | NO ( ) |

RECEIVED: _Donald West_

DATED: JUL 24 2007

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit_    Yes no

........ DO NOT WRITE BELOW THIS LINE ........

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff

Date    JUL 24 2007

REVISED JUNE 2001

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

LOCATION B-27

DATE 7-27-07

NAME: _____     A.I.S. 110915

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED YES NO | ALTERNATIVE BOOKS | ISSUED YES NO |
|---|---|---|---|
| 1. | ( ) (✓) | | ( ) ( ) |
| 2. 748 So. 2d | ( ) (✓) | | ( ) ( ) |

DATED: JUL 27 2007     RECEIVED _____

NOTE: Forms and Legal Kits are issued according to availability.

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

DO NOT WRITE BELOW THIS LINE

LAW LIBRARY REPLY: (Havwon) Examine CASEY 886 So.2d
175 (Ala. 2005) Lexis 69

Clerk or Staff _____     Date JUL 27 2007

REVISED JUNE 2001

---

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

LOCATION B-27

DATE 7-28-07

NAME: _____     A.I.S. 110915

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED YES NO | ALTERNATIVE BOOKS | ISSUED YES NO |
|---|---|---|---|
| 1. 894 F. Sup. | ( ) (✓) | | ( ) ( ) |
| 2. 69 F. 2d | (✓) ( ) | | ( ) ( ) |

DATED: JUL 31 2007     RECEIVED _____

NOTE: Forms and Legal Kits are issued according to availability.

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

DO NOT WRITE BELOW THIS LINE

LAW LIBRARY REPLY: _____

Clerk or Staff _____     Date JUL 31 2007

REVISED JUNE 2001

## LAW LIBRARY REQUEST FORM
## SEGREGATION / RESTRICTED DORM

**DATE** 7-30-07

**NAME:** _Charles West_    **A.I.S.** _110315_

**LOCATION** B-74

**Dorm / Bed**

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
| --- | --- | --- | --- | --- | --- |
| | YES | NO | | YES | NO |
| 69 F. 3d | (✓) | ( ) | | ( ) | ( ) |
| 91 F. 3d | (✓) | ( ) | | ( ) | ( ) |

**DATED:** AUG 0 2 2007     **RECEIVED:** _____

EXPLAIN REQUEST FURTHER IF NEEDED: _____

.................................................................................

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit_   yes

.................................................................................

DO NOT WRITE BELOW THIS LINE

**NOTE:** Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

**Clerk or Staff** _____

**Date** AUG 0 2 2007

REVISED JUNE 2001

---

## LAW LIBRARY REQUEST FORM
## SEGREGATION / RESTRICTED DORM

**DATE** 8-7-07

**NAME:** _Charles West_    **A.I.S.** _110315_

**LOCATION** B-74

**Dorm / Bed**

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
| --- | --- | --- | --- | --- | --- |
| 1. 875 So. 2d | ( ) | (✓) | 91 F. 3d | (✓) | ( ) |
| 2. ~~757 F. 2d~~ | ( ) | ( ) | 69 F. 3d | (✓) | ( ) |

**DATED:** AUG 0 9 2007     **RECEIVED:** _____

EXPLAIN REQUEST FURTHER IF NEEDED: _____

.................................................................................

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit / 2 Affidavit Distribution Notary_   yes

.................................................................................

DO NOT WRITE BELOW THIS LINE

Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

**Clerk or Staff** _____

**Date** AUG 0 9 2007

REVISED JUNE 2001

## Form 1 (left)

9/26/07

DATE

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

B-40
LOCATION

NAME: _Jarred Sleet_

A.I.S. _110325_

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | | ALTERNATIVE BOOKS | ISSUED |
| --- | --- | --- | --- | --- |
| | YES | NO | | YES | NO |
| 1. Title 36 Ala Code 1975 | (✓) | ( ) | | ( ) ( ) |
| 2. Alabama Rules of Court | ( ) | ( ) | | ( ) ( ) |

DATED: SEP 29 2007        RECEIVED: _____

EXPLAIN REQUEST FURTHER IF NEEDED: 2 - Civil Laws Sleet 8-
Ex-Library Statement (Civ) 2 - Statements & Substituted D/ Holding

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: Sleet Rts 2 Carbon
10 extra sheets of paper, 2 - Manilla envelopes
8½" X 13", 1 - white pen (Check bell) (See above)

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: Refuse to receive legal materials.
By [signature]

Clerk or Shift                    SEP 29 2007
                                  Date

REVISED JUNE 2001

## Form 2 (right)

9/29/07

DATE

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

B-40
LOCATION

NAME: _Jarred Sleet_

A.I.S. _110325_

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | | ALTERNATIVE BOOKS | ISSUED |
| --- | --- | --- | --- | --- |
| | YES | NO | | YES | NO |
| 1. Title 6, Ala Code 1975 | (✓) | ( ) | | ( ) ( ) |
| 2. 852 8.02 | (✓) | ( ) | | ( ) ( ) |

DATED: OCT 03 2007        RECEIVED: _____

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST (✓)

ADDITIONAL REQUEST, PLEASE EXPLAIN: Legal Kit, 2 Carbon paper,
10 extra sheets of paper, 2 - Manilla envelopes 8½" X 13"
would like to check out Thesaurus from Law
library. Check out receive

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Shift                    OCT 03 2007
                                  Date

REVISED JUNE 2001
cc: File

## LAW LIBRARY REQUEST FORM
### SEGREGATION / RESTRICTED DORM

**Form 7**

DATE: Exhibit 7

NAME: _James Short_          A.I.S. _110315_

LOCATION: B-40

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED YES NO | ALTERNATIVE BOOKS | ISSUED YES NO |
|---|---|---|---|
| 1. 893 So. 2d | (✓) ( ) | | ( ) ( ) |
| title 65 | (✓) ( ) | | ( ) ( ) |

DATED: **OCT 10 2007**          RECEIVED: _James Short_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: Exhibit 3 order
to effect black & legal 3 minute resolution
3- Hardship - 1- Oakley Statement 1-civ
proc rules     yes

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff _____          **OCT 10 2007**
Date

---

## LAW LIBRARY REQUEST FORM
### SEGREGATION / RESTRICTED DORM

DATE: 10-10-07

NAME: _James Short_          A.I.S. _110315_

LOCATION: B-40

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED YES NO | ALTERNATIVE BOOKS | ISSUED YES NO |
|---|---|---|---|
| 1. 721 So. 2d | (✓) ( ) | | ( ) ( ) |
| 2. 874 So. 2d | (✓) ( ) | | ( ) ( ) |

DATED: **OCT 12 2007**          RECEIVED: _James Short_

EXPLAIN REQUEST FURTHER IF NEEDED: 853 So. 2d
10-5

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: Exhibit 10 sheets
paper in legal size   2- law & hardship form/out
order form (civil)   1- Oakley Statement
yes

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk or Staff _____          **OCT 12 2007**
Date

cc' file

## Form 1

10-13-07
DATE

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

8-40
LOCATION

NAME: _Anus West_

A.I.S. 110315

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES  NO | | YES  NO |
| BTU 36 | ( )  ( ) | | ( )  ( ) |
| 2. 814 8b 31 | ( )  ( ) | | ( )  ( ) |

DATED: OCT 16 2007    RECEIVED: _Anus West_

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST ✓    yes

ADDITIONAL REQUEST, PLEASE EXPLAIN:

LAW LIBRARY REPLY: _Did not Recieve Title 36 C.A_

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

Clerk or Staff                                Date OCT 16 2007

REVISED JUNE 2001

## Form 2

40

10-20-07
DATE

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

8-40
LOCATION

NAME: _Anus West_

A.I.S. 110315

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES  NO | | YES  NO |
| 1. 881 8. 26 | ( )  ( ) | | ( )  ( ) |
| 2. 99 8b 28.11 | ( )  ( ) | | ( )  ( ) |

DATED: OCT 10 2007    RECEIVED: _Anus West_

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST ( )    yes

ADDITIONAL REQUEST, PLEASE EXPLAIN:

LAW LIBRARY REPLY:

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

Clerk or Staff                                Date OCT 19 2007

REVISED JUNE 2001

## Form 1

10-20-07

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

NAME: Stewart West    DATE

A.I.S. 116315    LOCATION B-40    Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
| --- | --- | --- | --- | --- | --- |
| | YES | NO | | YES | NO |
| 1. 775 So. 2d | ( ) | ( ) | | ( ) | ( ) |
| 2. 242 F.S. 2d | ( ) | ( ) | | ( ) | ( ) |

DATED: **OCT 24 2007**    RECEIVED: Stewart West

EXPLAIN REQUEST FURTHER IF NEEDED: Need that / 10 other sheet

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: Il need copies of two Florida cases "883 So. 2d 847 (Fla. 2004) these cases are in the Appellate Div 2003 (See Reverse Side)

DO NOT WRITE BELOW THIS LINE

LAW LIBRARY REPLY:

NOTE: Forms and Legal Kits are issued according to availability.

Clerk or Staff    **OCT 24 2007**    Date

cc: File

REVISED JUNE 2001

## Form 2

40/    10-24-07

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

NAME: Stewart West    DATE

A.I.S. 116315    LOCATION B-40    Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
| --- | --- | --- | --- | --- | --- |
| | YES | NO | | YES | NO |
| 1. 775 So. 2d | ( ) | ( ) | | ( ) | ( ) |
| 2. 242 So. 2d | (✓) | ( ) | | ( ) | ( ) |

DATED: **OCT 26 2007**    RECEIVED: Stewart West

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST (✓)

ADDITIONAL REQUEST, PLEASE EXPLAIN: Need that file

Need 775 So. 2d 705 Shepardized please provide list of cases with (s) same holding 2 Affidavit of substantial hardship

DO NOT WRITE BELOW THIS LINE

LAW LIBRARY REPLY:

NOTE: Forms and Legal Kits are issued according to availability.

Clerk or Staff    **OCT 26 2007**    Date

cc: File

REVISED JUNE 2001

## LAW LIBRARY REQUEST FORM
### SEGREGATION / RESTRICTED DORM

LOCATION  B-40

NAME: _James West_    AIS. 110315    Dorm / Bed

10-28-07
DATE

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED YES / NO | ALTERNATIVE BOOKS | ISSUED YES NO |
|---|---|---|---|
| 1. 18 Bo. 2d | (✓) ( ) | | ( ) ( ) |
| 2. 639 So. 2d | (✓) ( ) | | ( ) ( ) |

DATED: OCT 30 2007    RECEIVED: _____

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

_____ (2)

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

_____    OCT 30 2007
Clerk or Staff    Date

REVISED JUNE 2001

---

## LAW LIBRARY REQUEST FORM
### SEGREGATION / RESTRICTED DORM

LOCATION  B-40

NAME: _James West_    AIS. 110315    Dorm / Bed

10/29/07
DATE

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED YES / NO | ALTERNATIVE BOOKS | ISSUED YES NO |
|---|---|---|---|
| 1. 775 So. 2d | (✓) ( ) | | ( ) ( ) |
| 2. 624 So. 2d | ( ) (✓) | | ( ) ( ) |

DATED: NOV 02 2007    RECEIVED: _James West_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

_____    NOV 02 2007
Clerk or Staff    Date

REVISED JUNE 2001

## Form 1

40 | 11-03-07

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE

LOCATION: B-40

Dorm / Bed

NAME: Jameel Sheet    A.I.S. 110315

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED YES / NO | ALTERNATIVE BOOKS | ISSUED YES / NO |
|---|---|---|---|
| 1. 851 f.2d 126 | (✓) ( ) | Clean files f. 35-45 | (✓) ( ) |
| 2. 538 f.supp. | (✓) ( ) | | ( ) ( ) |

DATED: NOV 06 2007    RECEIVED: Jameel Sheet

ADDITIONAL REQUEST, PLEASE EXPLAIN: legal files Carbern
1 - side pad    YES

NOTARY SERVICE REQUEST ( )    YES NO
( ) ( )

EXPLAIN REQUEST FURTHER IF NEEDED: I need request to Need to
decon legal copies of habeas Corpus files libraries to
petition of the City of issue case

DO NOT WRITE BELOW THIS LINE

LAW LIBRARY REPLY:

NOTE: Forms and Legal Kits are issued according to availability.

Clerk or Staff

Date: NOV 06 2007

REVISED JUNE 2001

---

## Form 2

40 | 11-6-07

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE

LOCATION: B-40

Dorm / Bed

NAME: Jameel Sheet    A.I.S. 110315

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED YES / NO | ALTERNATIVE BOOKS | ISSUED YES / NO |
|---|---|---|---|
| 1. 104 f.2d 26 | ( ) ( ) | 875 f.2d | (✓) ( ) |
| 2835 f.2d | (✓) ( ) | 670 f.3d | ( ) ( ) |

DATED: NOV 08 2007    RECEIVED: Jameel Sheet

ADDITIONAL REQUEST, PLEASE EXPLAIN: legal pd, 2- civil
cases sheets - 2- habeas petition relates to a Holding    YES

NOTARY SERVICE REQUEST ( )    YES NO
( ) ( )

EXPLAIN REQUEST FURTHER IF NEEDED: Step-alive 104 f.2d 26 443
Alabama Case and 851 f.2d 1 - Alabama case

DO NOT WRITE BELOW THIS LINE

LAW LIBRARY REPLY:

NOTE: Forms and Legal Kits are issued according to availability.

Clerk or Staff

Date: NOV 08 2007

REVISED JUNE 2001

40

## LAW LIBRARY REQUEST FORM
## SEGREGATION / RESTRICTED DORM

11-9-07
DATE

B-40
LOCATION

NAME: _James West_    A.I.S. _110315_

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES  NO | | YES  NO |
| 1. _Al. Constitution_ | ( ) ( ) | _New Manual p. 530_ ( ) ( ) | ( ) ( ) |
| 2. _117 of Ala_ | YES  NO (✓) ( ) | | YES  NO ( ) ( ) |

DATED: **NOV 14 2007**    RECEIVED _James West_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )    YES ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal kit, 1-side pens_

_B. Carlos_

LAW LIBRARY REPLY: _____

NOTE: Forms and Legal Kits are issued according to availability.

--- DO NOT WRITE BELOW THIS LINE ---

Clerk or Staff _____    NOV 14 2007
                                   Date

REVISED JUNE 2001

---

## LAW LIBRARY REQUEST FORM
## SEGREGATION / RESTRICTED DORM

11-14-07
DATE

B-40
LOCATION

NAME: _James West_    A.I.S. _110315_

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES  NO | | YES  NO |
| 1. _104 of Ala_ | (✓) ( ) | _Class Mar. 1-10_ ( ) ( ) | ( ) ( ) |
| 2. _91 of 3d_ | YES  NO (✓) ( ) | _69 of 3d_ | YES  NO ( ) ( ) |

DATED: **NOV 16 2007**    RECEIVED _James West_

EXPLAIN REQUEST FURTHER IF NEEDED: _Shepardize 490 US 386_
_Ala. Cases: 471 U.S.1, Ala. Cases ONLY_

NOTARY SERVICE REQUEST ( )    YES ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal kit, 1-side pens_

LAW LIBRARY REPLY: _____

NOTE: Forms and Legal Kits are issued according to availability.

--- DO NOT WRITE BELOW THIS LINE ---

Clerk or Staff _____    NOV 16 2007
                                   Date

REVISED JUNE 2001

## Form 1 (left)

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE: 11-17-07

NAME: _James West_     A.I.S. _110315_     Dorm / Bed: B-41

LOCATION

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES NO | | YES NO |
| 1. 81 9C Constitution | ( ) ( ) | New Mesh 10,30 | ( ) ( ) |
| 2. Ala. Rules of Court | (✓) NO | 678 Ly Rd | (✓) NO |
| | ( ) | | ( ) ( ) |

DATED: NOV 20 2007     RECEIVED: _James West_

EXPLAIN REQUEST FURTHER IF NEEDED: _Need notary services_

NOTARY SERVICE REQUEST ✓     805

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit_

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Staff _____     Date _____

REVISED JUNE 2001

## Form 2 (right)

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE: 11-30-07

NAME: _James West_     A.I.S. _110315_     Dorm / Bed: B-41

LOCATION

10-19

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES NO | | YES NO |
| 1. 1 29 Ly Rd Rd | (✓) ( ) | New Mesh 10-30 | (✓) ( ) |
| 2. 3 F 3d | (✓) NO | 45 Ly Rd Rd | ( ) ( ) |
| | ( ) | 2 Contins | ( ) ( ) |

DATED: NOV 27 2007     RECEIVED: _James West_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit, 2 Contins_     805

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Staff _____     Date _____

REVISED JUNE 2001

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

NAME: _James West_     A.I.S. _116215_     LOCATION _B-31_  Dorm / Bed

DATE: _12-15-07_

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | | ISSUED |
| --- | --- | --- | --- |
| Ala. Code title 13, Code of Ala. 1975 | YES (√) / NO | 838 So. 2d 963 | YES / NO |
| Ala. Rules of civil procedure | YES (√) / NO | 2006 Ala Lexis 121 | YES / NO |

DATED: __DEC 18 2007__     RECEIVED: _____

EXPLAIN REQUEST FURTHER IF NEEDED:
*Received entire on 12/14/07*

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN:

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Staff _____     Date __DEC 18 2007__

REVISED JUNE 2001

---

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

NAME: _James West_     A.I.S. _116215_     LOCATION _B-31_  Dorm / Bed

DATE: _12-18-07_

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | ALTERNATIVE BOOKS | ISSUED |
| --- | --- | --- | --- |
| 1. 859 So. 2d 1 | YES (√) / NO ( ) | 805 So. 2d 1 | YES ( ) / NO ( ) |
| 2. 882 So. 2d | YES (√) / NO ( ) | 868 So. 2d | YES ( ) / NO ( ) |

DATED: __DEC 21 2007__     RECEIVED: _____

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN:

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Staff _____     Date __DEC 21 2007__

REVISED JUNE 2001

## LAW LIBRARY REQUEST FORM
### SEGREGATION / RESTRICTED DORM

LOCATION  B-37

Dorm / Bed

DATE  12-21-07

NAME: _Canvas Flext_   A.I.S. _110315_

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED.  TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
| | YES | NO | | YES | NO |
| 1. 17 34 56.26L | ( ) | ( ) | 21.055a-2bL | ( ) | ( ) |
| 2. 86 64 56-32L | ( ) | ( ) | 17 34 56-20 | ( ) | ( ) |

RECEIVED: _Canvas Flext_

DATED: DEC 26 2007

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Pety 2 Carbons_   yes

LAW LIBRARY REPLY: _____

NOTE: Forms and Legal Kits are issued according to availability.

---DO NOT WRITE BELOW THIS LINE---

Clerk or Staff _[signature]_   Date   DEC 26 2007

REVISED JUNE 2001

---

## LAW LIBRARY REQUEST FORM
### SEGREGATION / RESTRICTED DORM

LOCATION  B-37

Dorm / Bed

40

DATE  12-27-07

NAME: _Canvas Flext_   A.I.S. _110315_

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED.  TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
| | YES | NO | | YES | NO |
| 1. title 6, code of fed 1995 | ( ) | ( ) | | ( ) | ( ) |
| 2. title 36, code of fed 1995 | ( ) | ( ) | | ( ) | ( ) |

RECEIVED: _Canvas Flext_

DATED: DEC 29 2007

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit 2 Carbons_   yes

LAW LIBRARY REPLY: _____

NOTE: Forms and Legal Kits are issued according to availability.

---DO NOT WRITE BELOW THIS LINE---

Clerk or Staff _[signature]_   Date   DEC 29 2007

REVISED JUNE 2001

Case 2:07-cv-00747-WKW-WC   Document 33-2   Filed 03/27/2008   Page 48 of 47

## LAW LIBRARY REQUEST FORM
### SEGREGATION / RESTRICTED DORM

NAME: Donald Plott

DATE: 12-29-07

LOCATION: B-37

Dorm / Bed

A.I.S. 110315

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES NO | | YES NO |
| 1.5 F.3d 36. | (✓) ( ) | 2d 36.26.34 | ( ) ( ) |
| | YES NO | | YES NO |
| | (✓) ( ) 38 F.3d 36. | | ( ) ( ) |

DATED: JAN 08 08

RECEIVED: Donald Plott

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: legal Plott 2 carbons

like 11th Cir. "Limited right to bodily privacy"

on case — I believe it is in 900 F.3d Net

can't remember the number. Thanks!

LAW LIBRARY REPLY:

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

Clerk of Staff

JAN 02 08
Date

REVISED JUNE 2001

---

## LAW LIBRARY REQUEST FORM
### SEGREGATION / RESTRICTED DORM

NAME: Donald Plott

DATE: 1-4/08

LOCATION: B-37

Dorm / Bed

A.I.S. 110315

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES NO | | YES NO |
| 1. 903 So. 2d. | (✓) ( ) | 15 F.6. 2d | ( ) ( ) |
| | YES NO | | YES NO |
| 2. Little 4 USC 55195 | (✓) ( ) | | ( ) ( ) |

DATED: JAN 08

RECEIVED: Donald Plott

EXPLAIN REQUEST FURTHER IF NEEDED: Signature 794 So. 2d.

304

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: Legal Plott, 2 carbons

LAW LIBRARY REPLY:

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

Clerk of Staff

JAN 08
Date

REVISED JUNE 2001

**Form 1 (right side):**

LAW LIBRARY REQUEST FORM
SEGREGATION / RESTRICTED DORM

LOCATION  B-37

DATE  1-9-08

NAME  James West

A.I.S.  110815

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES   NO | | YES   NO |
| 1. Hiff B. 2d | (✓) ( ) | | ( ) ( ) |
| | YES   NO | | YES   NO |
| 2. Title 42 USC §1983 | (✓) ( ) | | ( ) ( ) |

DATED  JAN 12          RECEIVED  James West

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN  Legal File  Dr. Carlos
(will pay)

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk/Law                Date
                         JAN 12

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

---

**Form 2 (left side):**

LAW LIBRARY REQUEST FORM
SEGREGATION / RESTRICTED DORM

LOCATION  B-37

DATE  1-15-08

NAME  James West

A.I.S.  110815

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES   NO | | YES   NO |
| 1. Ala. Remington World Checker attorney General | ( ) ( ) | 680 6.2d | (✓) ( ) |
| | YES   NO | | YES   NO |
| 2. Title 42 USC §1983 | (✓) ( ) | 590 6.2d | ( ) ( ) |

DATED  JAN 15          RECEIVED  James West

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN  Legal Kits, Dr. Carlos

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk/Law                Date
                         JAN 15

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

**Form 1 (left)**

LAW LIBRARY REQUEST FORM
SEGREGATION / RESTRICTED DORM

DATE 1-15-08

NAME _James West_

A.I.S. 110315

LOCATION 6-37

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
| --- | --- | --- | --- | --- | --- |
| | YES | NO | | YES | NO |
| 128 of 24, 2d | (✓) | ( ) | | ( ) | ( ) |
| 962 F. 2d | | | | ( ) | ( ) |

DATED JAN 17 ANSD     RECEIVED _____

EXPLAIN REQUEST FURTHER IF NEEDED.

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN _Legal Int, L Carbon_

_____

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Staff _____

Date JAN 17 ANSD

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

---

**Form 2 (right)**

LAW LIBRARY REQUEST FORM
SEGREGATION / RESTRICTED DORM

DATE 1-__-08

NAME _James West_

A.I.S. 110315

LOCATION

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

| | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
| --- | --- | --- | --- | --- | --- |
| Title 15A USC § 841, 875 | ( ) | ( ) | | ( ) | ( ) |
| Title 42 USC § 1983 | (✓) | ( ) | | ( ) | ( ) |

DATED JAN 23 ANSD     RECEIVED _James West_

EXPLAIN REQUEST FURTHER IF NEEDED.

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN _Legal Kit, L Carbon_

_W.S._

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Staff _____

Date JAN 23 ANSD

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

40/ 1-25-08

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

LOCATION B-1

DATE

NAME: _James West_    A.I.S. 110315

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

|  | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
|  | YES | NO | | YES | NO |
| 1. 280 F. 3d | (✓) | ( ) | | ( ) | ( ) |
| 2. 190 F. Sup. 2d | ( ) | ( ) | | ( ) | ( ) |

DATED: JAN 29    RECEIVED: _____

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk to Staff _____    Date JAN 29

REVISED JUNE 2001

---

1-28-08

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

LOCATION B-20

DATE

NAME: _James West_    A.I.S. 110315

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

|  | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
|  | YES | NO | | YES | NO |
| 1. 133 F. 3d 124 | (✓) | ( ) | | ( ) | ( ) |
| 2. 117 F. 3d 126 | (✓) | ( ) | | ( ) | ( ) |

DATED: FEB 02    RECEIVED: _James West_

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST (✓)

ADDITIONAL REQUEST, PLEASE EXPLAIN:

NOTE: Forms and Legal Kits are issued according to availability.

DO NOT WRITE BELOW THIS LINE

LAW LIBRARY REPLY:

Clerk or Staff _____    Date FEB 02

REVISED JUNE 2001

---

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

LOCATION _B-15_

DATE _2-2-08_

NAME: _James West_         A.I.S. _110375_

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

|  | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
| | YES | NO | | YES | NO |
| 1. 190 F.3d 233 | ( ) | ( ) 234 F.S. 2d | | ( ) | ( ) |
| 2. | | | | ( ) | ( ) |

DATED: __FEB 07__       RECEIVED: _James West_

EXPLAIN REQUEST FURTHER IF NEEDED.

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit, 1-carbon_

NOTARY SERVICE REQUEST ( )

DO NOT WRITE BELOW THIS LINE
......................................

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _check to be w/what cases are
34 or 11th circuit_

_____        ____FEB 07____
Clerk of Staff                        Date

REVISED JUNE 2001

---

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

LOCATION _B-15_

DATE _2-5-08_

NAME: _James West_         A.I.S. _110375_

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

|  | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
| | YES | NO | | YES | NO |
| 1. 18 USCA S 3626 | ( ) | ( ) 234 F.S. 2d | | ( ) | ( ) |
| 2. 208 F.3d | ( ) | ( ) | | ( ) | ( ) |

DATED: __FEB 09__       RECEIVED: _James West_

EXPLAIN REQUEST FURTHER IF NEEDED.

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit, 1-carbon_

NOTARY SERVICE REQUEST ( )

DO NOT WRITE BELOW THIS LINE
......................................

EN YES

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

_____        ____FEB 09____
Clerk of Staff                        Date

REVISED JUNE 2001

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

## LAW LIBRARY REQUEST FORM
## SEGREGATION / RESTRICTED DORM

NAME: _Samuel West_    A.I.S. _110315_

DATE _2-9-08_    LOCATION    B-15

Dorm / Bed _____

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
| | YES | NO | | YES | NO |
| 1. 144 F.3d | ( ) | ( ) | | ( ) | ( ) |
| 2. 7 F.3d | ( ) | ( ) | | ( ) | ( ) |
| 2.80 F.3d 1308 – Apth Ace 1984 Civ. Cases | | | | | |

DATED: _FEB 12_    RECEIVED: _Samuel West_

EXPLAIN REQUEST FURTHER IF NEEDED: Middle District
yes

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: Legal Kit – 1 Kit/Ace
§ 42 USC §1983 Form S–

NOTE: Forms and Legal Kits are issued according to availability.

-------- DO NOT WRITE BELOW THIS LINE --------

LAW LIBRARY REPLY: _____

Clerk or Staff _____    Date _FEB 12_

## ALL REQUESTS MUST BE WRITTEN ON THIS FORM

REVISED JUNE 2001

---

## LAW LIBRARY REQUEST FORM
## SEGREGATION / RESTRICTED DORM

NAME: _Samuel West_    A.I.S. _110315_

DATE _2-12-08_    LOCATION    B-15

Dorm / Bed _____

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
| | YES | NO | | YES | NO |
| 1. 175 F.3d | ( ) | ( ) | | ( ) | ( ) |
| 2. 203 F.S. 2d 1165 | ( ) | ( ) | | ( ) | ( ) |

DATED: _FEB 16_    RECEIVED: _Samuel West_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: Legal Kit, 2 (Carbon)

NOTE: Forms and Legal Kits are issued according to availability.

-------- DO NOT WRITE BELOW THIS LINE --------

LAW LIBRARY REPLY: _____

Clerk or Staff _____    Date _FEB 16_

## ALL REQUESTS MUST BE WRITTEN ON THIS FORM

REVISED JUNE 2001

## Form 1

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE: 2-16-08

LOCATION: B-15

NAME: James Short    A.I.S. 116315

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES / NO | | YES / NO |
| 267 F.3d | (✓)( ) 2006 US Dist Lx 17380( ) | ( ) | ( ) |
| 986 F.2d | (✓)( ) 2006 US App Lx 13063( ) | ( ) | ( ) |
| RECEIVED James Short | | | |

DATED: FEB 21 —

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST ✓  Could not obtain chance

ADDITIONAL REQUEST, PLEASE EXPLAIN: Legal help + 2-C-below

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Staff _____

Date FEB 21 —

ALL REQUESTS MUST BE WRITTEN ON THIS FORM

REVISED JUNE 2001

---

## Form 2

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE: 2-22-08

LOCATION: B-15

NAME: James Short    A.I.S. 116315

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

| MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES / NO | | YES / NO |
| 1. 11th Cir. Rules App. Proc. | (✓)( ) | ( ) | ( )( ) |
| 2. U.S Dist Ct Legal Rules | (✓)( ) | ( ) | ( )( ) |
| Middle FEB 27 | | | |
| DATED: | RECEIVED James Short | | |

EXPLAIN REQUEST FURTHER IF NEEDED:

NOTARY SERVICE REQUEST ✓

ADDITIONAL REQUEST, PLEASE EXPLAIN: Legal help 2-C-below

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

Clerk or Staff _____

Date FEB 27 —

ALL REQUESTS MUST BE WRITTEN ON THIS FORM

REVISED JUNE 2001

**Top form:**

40 / 2-29-08
DATE

# LAW LIBRARY REQUEST FORM
## SEGREGATION / RESTRICTED DORM

NAME: _James West_    A.I.S. _110315_

LOCATION

Dorm / Bed _B-33_

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

|  | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
| --- | --- | --- | --- | --- | --- |
|  | YES | NO | | YES | NO |
| 1. 316 F.S. 28,12,84 | ( ) | ( ) | | ( ) | ( ) |
| 2. 437 F. 3d 1111 | ( ) | ( ) | | ( ) | ( ) |

DATED: _Mar. 1, 2008_    RECEIVED: _James West_    394 F. 3d 1330

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( ✓ )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal file 2-column_

_I need 4 Manilla File Folders Case No.: CC-07-441,_
_CC-07-138, CC-07-1946 and 2:08-CU-83-WCF_
_plus I need golden rod pad, paper & envelopes._

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk & Staff

DATED _Mar 1, 2008_

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

---

**Bottom form:**

40 / 2-01-08
DATE

# LAW LIBRARY REQUEST FORM
## SEGREGATION / RESTRICTED DORM

NAME: _James West_    A.I.S. _110315_

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RET
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

|  | ISSUED | | ALTERNATIVE BOOKS |
| --- | --- | --- | --- |
|  | YES | NO | |
| 1. 4 F 3d 231 | ( ) | ( ) | |
| 2. | ( ) | ( ) | |

DATED: _MAR 05_    RECEIVED: _James West_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _Inmate refused to re_
_citation. Could not set Ensu_

Clerk & Staff    Date _MAR 05_

REVISED JUNE 2001

## LAW LIBRARY REQUEST FORM
### SEGREGATION / RESTRICTED DORM

NAME: _Quan Clot_   A.I.S. _116385_

LOCATION   Dorm / Bed: _3-33_

DATE: _3-26-08_

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED
--- | --- | --- | ---
1. 2006 US Dist. Lex 3498 | YES ( ) NO ( ) | Shelf's No D2 ( ) | YES ( ) NO ( )
2. 2006 US D. Lex 23788 | YES ( ) NO ( ) | | YES ( ) NO ( )

DATED: _MAR 08_   RECEIVED: _Quan Clot_

EXPLAIN REQUEST FURTHER IF NEEDED: _Did I not have both of these two plus the following two others_
_these are case law found above and below_
ADDITIONAL REQUEST, PLEASE EXPLAIN: _Can I have_
_need these to a fuller and two (2)_
_Muskie exception Stephclays 454 F.3d 1155_

NOTARY SERVICE REQUEST ( ) _I have been denied notary_

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

-------- DO NOT WRITE BELOW THIS LINE --------

Clerk of Court _____   Date _MAR 08_

### ALL REQUESTS MUST BE WRITTEN ON THIS FORM

REVISED JUNE 2001

---

## LAW LIBRARY REQUEST FORM
### SEGREGATION / RESTRICTED DORM

NAME: _Quan Clot_   A.I.S. _116385_

LOCATION   Dorm / Bed: _3-33_

DATE: _3-8-08_

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED | ISSUED | ALTERNATIVE BOOKS | ISSUED
--- | --- | --- | ---
1. Fed R. Civ Proc. | YES ( ) NO ( ) | 326 F. 2d 1242 | YES ( ) NO ( )
2. 2006. 2d S Dist. Lex 7380 | YES ( ) NO ( ) | 321 F. 3d 1302 | YES ( ) NO ( )

DATED: _MAR 11_   RECEIVED: _Quan Clot_

EXPLAIN REQUEST FURTHER IF NEEDED: _The above table cited off_
_280 F. 3d 1295 (Sketch v. Thornton) Thanks!_
ADDITIONAL REQUEST, PLEASE EXPLAIN: _legal kit_
_Stephclay 536 U.S. 22 U.S.) Plumb v. Smith) and 136 U.S._
_3d 206 Glavin v. Quay) 16th Cr. find the fate first citations_
_is all I need_

NOTARY SERVICE REQUEST ( )

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY:

-------- DO NOT WRITE BELOW THIS LINE --------

Clerk of State _____   Date _MAR 11_

### ALL REQUESTS MUST BE WRITTEN ON THIS FORM

REVISED JUNE 2001

**Form 1 (top)**

LAW LIBRARY REQUEST FORM
SEGREGATION / RESTRICTED DORM

NAME: _James Platt_    DATE: _3-11-08_

LOCATION: _B-33_    Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED:    A.I.S. _110325_

|  | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
|  | YES | NO | | YES | NO |
| 1. 422 F. 3d 1265 under t | ( ) | ( ) | | ( ) | ( ) |
| 2. 2005 US App. Lexis 23820 | ( ) | ( ) | | ( ) | ( ) |

DATED: _MAR 13_    RECEIVED: _____

EXPLAIN REQUEST FURTHER IF NEEDED: _Robertson #2 is cited off_
_7571 F. 2d 1155 (Bridges v. Russell)_

NOTARY SERVICE REQUEST ( )    YES

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal file - Removed_
_request for access to your (4) months file before_
_I file active Cases - not to these legal papers_

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _Must Reply with_
_30 days_

Clerk or Staff: _____    Date: _____

_MAR 13_

ALL REQUESTS MUST BE WRITTEN ON THIS FORM

REVISED JUNE 2001

---

**Form 2 (bottom)**

LAW LIBRARY REQUEST FORM
SEGREGATION / RESTRICTED DORM

NAME: _James Platt_    DATE: _3-26-08_

LOCATION: _B-50_    Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED:    A.I.S. _110815_

|  | ISSUED | | ALTERNATIVE BOOKS | ISSUED | |
|---|---|---|---|---|---|
|  | YES | NO | | YES | NO |
| 1. 2005 US Dist Lexis 16598 | ( ) | ( ) | Not found | Hardcount | |
| 2. 2006 US App. Lexis 13063 16 | ( ) | ( ) | 370 F. 3d 1161 | | |

DATED: _MAR 28_    RECEIVED: _Caldwell_

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( ✓ )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _Refused notry_
_B Juniga 3-28-08_

Clerk or Staff: _____    Date: _____

_MAR 28_

ALL REQUESTS MUST BE WRITTEN ON THIS FORM

REVISED JUNE 2001

## LAW LIBRARY REQUEST FORM
### SEGREGATION / RESTRICTED DORM

**NAME:** _James West_    **A.I.S.** _110315_    **DATE** _3-28-08_

**LOCATION** _B-86_    Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

**MATERIAL / BOOKS REQUESTED**

| | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES   NO | | YES   NO |
| 39H F. 3d 1330 | (✓)  ( ) | 2006 US Dist Lex 11646 | (✓)  ( ) |
| 84441 - out | | | |
| 2006 US Dist Lexis 5215 | (✓)  ( ) | 2006 US Dist Lex 2178 | (✓)  ( ) |

**DATED:** _APR 01_    **RECEIVED:** _James West_

**EXPLAIN REQUEST FURTHER IF NEEDED.** _____

**NOTARY SERVICE REQUEST** (✓)

**ADDITIONAL REQUEST, PLEASE EXPLAIN** _Legal File_ _Bill Stephens (State)_

DO NOT WRITE BELOW this line.

_CC to Complex_ _CC of Shepards bound 1974_

NOTE: Forms and Legal Kits are issued according to availability.

**LAW LIBRARY REPLY:** _____

**Clerk or Staff** _____    **Date** _____

REVISED JUNE 2001

## ALL REQUESTS MUST BE WRITTEN ON THIS FORM

---

## LAW LIBRARY REQUEST FORM
### SEGREGATION / RESTRICTED DORM

**NAME:** _James West_    **A.I.S.** _110315_    **DATE** _4-2-08_

**LOCATION** _B-86_    Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

**MATERIAL / BOOKS REQUESTED**

| | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| | YES   N/A | | YES   N/A |
| 1. 437 F. 3d 1111 | ( )  (✓) | 802 F.3d 1312 | ( )  (✓) |
| 2. 468 F. 3d 782 | ( )  (✓) | 2006 US Dist Lex 3708 | ( )  ( ) |

**DATED:** _APR 03_    **RECEIVED:** _James West_

**EXPLAIN REQUEST FURTHER IF NEEDED.** _____

**NOTARY SERVICE REQUEST** ( )

**ADDITIONAL REQUEST, PLEASE EXPLAIN** _Legal File_ _Yes_

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

**LAW LIBRARY REPLY:** _____

**Clerk or Staff** _____    **Date** _APR 03_

REVISED JUNE 2001

## ALL REQUESTS MUST BE WRITTEN ON THIS FORM

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE 4-11-08

LOCATION

NAME: _____    A.I.S. 110315

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

|  | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| 1. 89 fed 2d | YES ( ) NO ( ) | | YES ( ) NO ( ) |
| 2. 91 f fed 2d | YES ( ) NO ( ) | | YES ( ) NO ( ) |

DATED: APR 08 —    RECEIVED: _____

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: Legal file  Rec'd 4-11-08

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk of Staff _____    Date APR 08

REVISED JUNE 2001

---

**LAW LIBRARY REQUEST FORM**
**SEGREGATION / RESTRICTED DORM**

DATE 4-11-08

LOCATION

NAME: _____    A.I.S. 110315

Dorm / Bed

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

MATERIAL / BOOKS REQUESTED

|  | ISSUED | ALTERNATIVE BOOKS | ISSUED |
|---|---|---|---|
| 1. 408 F. 3d 782 | YES ( ) NO ( ) | 362 F.3d 24 1312 | YES ( ) NO ( ) |
| 2. 391 F. 3d 1302 | YES ( ) NO ( ) | 2006 US Dist. Lex | YES ( ) NO ( ) |

DATED: APR 15 —    RECEIVED: _____

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _____

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

LAW LIBRARY REPLY: _____

Clerk of Staff _____    Date APR 15

**ALL REQUESTS MUST BE WRITTEN ON THIS FORM**

REVISED JUNE 2001

4-28-08 _____    LAW LIBRARY REQUEST FORM    B-40 _____
DATE                SEGREGATION / RESTRICTED DORM        LOCATION

Dorm / Bed

NAME _James West_____    A.I.S. _110315___

PLEASE BE ADVISED THAT YOU ARE RESPONSIBLE FOR THE CARE AND RETURN
OF THE BOOKS OR LEGAL MATERIAL RECEIVED. TWO PER INMATE.

|  | ISSUED | | | | ISSUED | |
| MATERIAL / BOOKS REQUESTED | YES | NO | ALTERNATIVE BOOKS | | YES | NO |
| 1. 9 FS 2d 1369 | (✓) | ( ) | 797 F9 947 | | (✓) | ( ) |
| 2. 300 FS 2d 1251 | ( ) | ( ) | 151 FS 2d 1350 | | ( ) | ( ) |

DATED: _____    RECEIVED: _____

EXPLAIN REQUEST FURTHER IF NEEDED: _____

NOTARY SERVICE REQUEST ( )

ADDITIONAL REQUEST, PLEASE EXPLAIN: _Legal Kit___
Shepardize - Alabama Rules of Appellate Procedure Rule #24
Shepardize Ala. Const 1901, Article 1, §10 and §13
(Reminder)

DO NOT WRITE BELOW THIS LINE

NOTE: Forms and Legal Kits are issued according to availability.

    Allowed Alabama Shepards.

LAW LIBRARY REPLY: _____

Clerk or Staff    Date  APR 25

REVISED JUNE 2001

| DATE OF REQUEST | LEGAL MATERIAL ISSUED |
|---|---|

\* - Legal kit (6 sheets paper / 1 legal envelope)

| | |
|---|---|
| January 04, 2007 | \* / Title 36 Ala. Code / Title 41 Ala. Code |
| January 07, 2007 | \* / Admin. Regulation # 436 & 448 / forms |
| January 11, 2007 | \* / 879 F.Supp / Title 21 Ala. Code /30 sheets paper |
| January 14, 2007 | \* / Vol. 1 & 2  Ala. Code / Admin. Reg. 412 & 414 |
| January 18, 2007 | \* / 842 So.2d / Admin. Reg. 400 / Quinlan v. Jones |
| January 23, 2007 | \* / Admin. Regulation #412 & 402 / 705 So.2d / |
| January 25, 2007 | \* / Title 14 Ala. Code / carbon paper 2 ea. / |
| January 30, 2007 | \* / Title 6 Ala. Code / |
| February 1, 2007 | \* / Title 36 Ala. Code / Shepard's 702 So.2d PEN |
| February 6, 2007 | \* / 832 So.2d / 437 So.2d |
| February 11, 2007 | \* / Title 42 Sec. 1983 USC / 855 So.2d / |
| February 13, 2007 | \* / Admin. Reg. 432 / |
| February 22, 2007 | \* / Classification Manual Pgs. 16-23 / forms / Title 36 Ala. Code / A.R.Court |
| February 27, 2007 | \* / Ala. Digest Vol. 37 / 764 So.2d / |
| April 20, 2007 | \* / Classification Manual pgs 1-11 / F.R.Civ.P. / |
| April 24, 2007 | \* / Classification Manual pgs. 12-23 / |
| May 02, 2007 | \* / |
| May 04, 2007 | \* / Classification Manual pgs. 24-39 / Title 28 USC 1-630 (2 books) |
| May 08, 2007 | \* / Title 41 Ala. Code |
| May 11, 2007 | \* / |
| May 15, 2007 | \* / Classification Manual pgs. 40-50 / |
| May 18, 2007 | \* / Title 36 Ala. Code / |
| May 23, 2007 | \* / Classification Manual pgs. 50-60 / |
| May 26, 2007 | \* / 575 So.2d |
| June 01, 2007 | \* / 863 So.2d / 854 So.2d / forms |
| June 05, 2007 | \* / 484 So.2d / |
| June 08, 2007 | \* / Tax booklet 1040EZ / 879 So.2d / |
| June 12, 2007 | 551 So.2d |
| June 19, 2007 | \* / 702 so.2d / Admin. Reg. 436 |
| June 26, 2007 | \* / 445 So.2d / 551 So.2d |
| June 28, 2007 | \* / Admin. Reg. 440 / 928 So.2d / |
| July 03, 2007 | \* / Title 16 Ala. Code / forms |
| July 06, 2007 | \* / Vol. 41 Ala. Digest / |
| July 10, 2007 | \* / Shepherd 36-26-6(b) Ala. Code / |
| July 12, 2007 | \* / 872 So.2d / |
| July 17, 2007 | \* / Title 42 sec. 1983 / Vol. 2A Ala. Code / |
| July 19, 2007 | \* / 669 So.2d |
| July 24, 2007 | \* / 9 F.3d / 313 F.3d |
| July 27, 2007 | \* Vol. 1 Ala. Code / 768 So.2d / Ex parte Casey / |
| July 31, 2007 | \* / 824 F.Supp / 69 F.3d / form |
| August 02, 2007 | \* / 69 F.3d / 91 F.3d |
| August 09, 2007 | \* / 875 So.2d / 97 F.3d / form |
| September 29, 2007 | \* / Title 36 Ala. Code / form / (Refused material) |
| October 03, 2007 | \* / 852 So.2d / Title 6 Ala. Code / |
| November 10, 2007 | \* / 883 So.2d / Title 15 Ala. Code / forms |

| October 12, 2007 | * / 721 So.2d / 874 So.2d |
| October 16, 2007 | * / |
| October 19, 2007 | * / 831 So.2d / 99 L.Ed2d |
| October 24, 2007 | * / 242 F.Supp |
| October 26, 2007 | * / 846 So.2d / Shepard 852 So.2d |
| October 30, 2007 | * / 718 So.2d / 639 So.2d |
| November 02, 2007 | * / 775 So.2d / 624 So.2d |
| November 06, 2007 | * / 85 L.Ed 2d / 532 F.Supp / address |
| November 08, 2007 | * / 885 F.2d / 975 So.2d / forms |
| November 14, 2007 | * / 117 L.ed 2d / |
| November 16, 2007 | * / 104 L.ed 2d / 91 F.3d / |
| November 20, 2007 | * / A.R.Court / 670 So.2d / |
| November 27, 2007 | * / 129 L.Ed 2d / 3 F.3d / Classification Manual pgs. 10-19 |
| December 18, 2007 | * / Title 12 Ala. Code / A.R.Court / Handout cases 858 So.2d 963 / 2006 Ala. LX 61 |
| December 21, 2007 | * / 859 So.2d / 882 So.2d / |
| December 26, 2007 | * / 724 So.2d / 794 So.2d / |
| December 29, 2007 | * / Title 6 Ala. Code / Title 36 Ala. Code |
| January 02, 2008 | * / 757 F.2d / 91 F.3d / |
| January 08, 2008 | * / 703 So.2d / Title 42 sec. 5195 USC / |
| January 12, 2008 | * / 404 So.2d / Title 42 sec. 1983 USC / PEN |
| January 15, 2008 | * / 680 So.2d / Title 42 sec. 388 USC / |
| January 17, 2008 | * / 128 L.Ed 2d |
| January 23, 2008 | * / Title 42 sec. 1983 USC / |
| January 29, 2008 | * / 280 F.3d / forms |
| February 02, 2008 | * / 132 L.Ed 2d / 117 L.Ed 2d / Shepherds 144 L.ed 2d 494 |
| February 07, 2008 | * / Title 42 sec. 1981 USC / |
| February 09, 2008 | * / Title 18 sec. 3626 USC / 208 F.3d / 434 F.Supp.2d 1225 / PEN |
| February 12, 2008 | * / forms / |
| February 16, 2008 | * / 175 F.3d |
| February 21, 2008 | * / 267 F.3d / 936 F.2d / |
| February 27, 2008 | * / 11th Cir. Rules / |
| March 01, 2008 | * / 316 F.Supp.2d / |
| March 05, 2008 | * / |
| March 08, 2008 | * / Black's Law Dictionary / 2006 US Dist. LX 31918 / 2006 US Dist. LX 23298 / Shepard 757 F.2d 1155 |
| March 11, 2008 | * / F.R.Civ.P. / 2006 US Dist. LX 7380 / 320 F.3d 1242 / Shephard 52 L.Ed 2d 72 |
| March 13, 2008 | * / 422 F.3d 1265 / 2005 US App. LX 23820 (did not receive) |
| March 28, 2008 | * / 316 F.Supp 2d 1284 / 2006 US App. LX 13063 / |
| April 01, 2008 | * / 394 F.3d 1330 / 2006 US Dist. LX 5215 |
| April 03, 2008 | * / 302 F.Supp 2d 1312 / 2006 US Dist. LX 31918 |
| April 08, 2008 | * / 89 L.Ed2d / 91 L.Ed 2d / |
| April 15, 2008 | * / 321 F.3d 1302 / 2006 US Dist. LX 31918 / PEN |
| April 25, 2008 | * / 9 F.Supp.2d 1369 / 797 F.Supp. 947 / Shepard A.R.A.P. Rule 24 / Ala. Const. 1901, Art. 1 sec. 10 & 13 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

EXHIBIT
2

JAMES ROBERT WEST JR.,              )
                                    )
        Plaintiff,                  )
                                    )
vs.                                 )    CIVIL ACTION NO. CV-07-747-WKW
                                    )
BRYAN K. GAVINS, COI, et al.,       )
                                    )
        Defendants.                 )

## A F F I D A V I T

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared James H. DeLoach, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is James H. DeLoach. I am presently employed as Associate Commissioner of the Alabama Department of Corrections. I am over twenty-one (21) years of age.

The Plaintiff alleges that I had him transferred because he filed "administrative complaints" and assisted another inmate in filing a complaint. This claim is untrue and without merit.

While the Plaintiff was in my custody as Warden of the Draper Facility, I had several conversations with the Plaintiff concerning his various complaints. Each complaint was found to be baseless and certainly did not result in any type of punitive action being taken against the Plaintiff.

James H. DeLoach
Associate Commissioner

Page 2
West v. Gavin
CV-07-747

SWORN TO AND SUBSCRIBED before me this 25th day of June, 2008.

*Sandra M. McLure*
NOTARY PUBLIC

MY COMMISSION EXPIRES:

$3/27/2011$

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

EXHIBIT
3
PENGAD 800-631-6989

JAMES ROBERT WEST JR.,      )
                            )
        Plaintiff,          )
                            )
vs.                         )   CIVIL ACTION NO. CV-07-747-WKW
                            )
BRYAN K. GAVINS, COI, et al., )
                            )
        Defendants.         )

## A F F I D A V I T

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Gwendolyn C. Mosley, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Gwendolyn C. Mosley. I am presently employed as Institutional Coordinator of the Alabama Department of Corrections. I am over twenty-one (21) years of age.

Inmate James West arrived at Easterling Correctional Facility on December 14, 2006. On December 20, 2006, six days later, he was placed in Administrative Segregation claiming that inmate Richard Edwards, #135518 was his enemy and that he could not live in population with inmate Edwards. Inmate West claimed that inmate Edwards was responsible for getting him into trouble at another institution. Inmate Edwards denied being inmate West's enemy. Inmate West was reclassified to Administrative Segregation, Medium custody because he refused to live in general population.

On January 3, 2007, I questioned the Law Library Officer, Bryan Gavins about inmate West using Rule 32.6 forms to write complaints. These forms are provided to

1

inmates for legal use only. When Officer Gavins asked inmate West about the misuse of the forms, inmate West replied that he always used the forms to write complaints and that he would continue to write on the forms. Inmate West received a disciplinary for violation of Rule #69, Destroying, stealing, disposing, altering damaging state property (see attachment). Inmate West was found guilty, and the Hearing Officer, Linda Glenn, recommended 45 days disciplinary segregation and 45 days loss of privileges. Inmate West was removed from the hearing because of his continuous loud outbursts and intentionally scribbling on the disciplinary form instead of signing it. Warden II Carter Davenport approved 30 days disciplinary segregation and the loss of all privileges.

I did not punish inmate West for filing a grievance/complaint regarding denial of adequate medical treatment by the medical staff. Inmate West was issued a disciplinary for violating the rules and regulations. Inmate West always had access to medical care and he was seen by the health care provider as needed. Inmate West was housed in the Administrative Segregation unit because he refused to live in general population.

I deny violating the rights of inmate James West.

Gwendolyn C. Mosley
Institutional Coordinator

SWORN TO AND SUBSCRIBED before me this __1__ day of July, 2008.

NOTARY PUBLIC

MY COMMISSION EXPIRES:
2/24/12

2

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DISC. #07-033

*RH*

1. INMATE : **James West**    CUSTODY: **Medium**    AIS NO.: **W/M 110315**

2. FACILITY: **EASTERLING CORRECTIONAL FACILITY**    ENTERED JAN 2 2 2007 *(EC)*

3. The above named inmate is being charged by **Officer Bryan Gavins** with violation of Rule **69**    specifically **destroying, stealing, disposing, altering, damaging State Propery** from Regulation # **403**, which occurred on or about **January 3, 2007** at (time) **4:00PM**    Location: **Warden G. Mosley's Office**.   A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **You Inmate James West, W/M 110315, did misuse legal papers that was issued to you for legal use only.  You did write on the back of a form 32.6 that is used for the Court.**

5. January 10, 2007 _____    ___Bryan Gavins___ COI
   Date                                          Arresting Officer / Signature / Rank
                                                 **Bryan Gavins, COI**

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the __10__ day of __January__, 2007, at (time) __4.50pm__, (am/pm).

7. __Steve Stewart COI_____    __James West 110315__
   Serving Officer / Signature / Rank        Inmate's Signature / AIS Number

8. Witnesses desired?    NO _____    ___YES___ __James West 110315__
                              Inmate's Signature              Inmate's Signature

9. If yes, list: _Officer Jimmy Wilson, Betty Breed_

10. Hearing Date _1-17-07_    Time _6:45 p.m._    Place _Segregated Cell Office_

11. Inmate must be present in Hearing Room.  If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself.
                                                 __Linda Glenn__ C/OI
                                                 Signature / Hearing Officer

13. Plea: _Refused to Sign COI_ (Not Guilty) _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
                                                 __Linda Glenn__ C/OI
                                                 Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): **I was advised by Warden Mosley that she received a complaint from Inmate James West, written on a form from the Library called a 32.6 Form, which is used by inmates to respond back to court.  I questioned Inmate James West about misusage of the form, and Inmate James West stated that he has always wrote complaints on the forms, and will continue to write on the forms.  I advised Inmate West that he would receive disciplinary action for Rule Violation #69-Destroying, Stealing, Disposing, Altering, Damaging, or Selling State Property.**

Annex C to AR 403 ( Page 1 of 2 pages )

16.  Inmate's Testimony:  Inmate James West was removed from hearing because of disorderly behavior, therefore, gave no testimony.  Inmate West gave continuous loud outbursts and scribbled excessively on Disciplinary form when asked to sign, instead of saying none.

Witness: _Jimmy Wilson COI_          Substance of Testimony:  I have no knowledge of this incident or who this inmate is.

Witness:  N/A          Substance of Testimony:  N/A

Witness: _____          Substance of Testimony: _____

17.  The Inmate was allowed to submit written question to all witnesses.  Copy of questions and answers are attached.

_Linda Glenn COI_
Signature / Hearing Officer

18.  The Following witnesses were not called          reason not called
1.  N/A          N/A
2.  _____          _____
3.  _____          _____

19.  After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
The Hearing Officer finds that :  On 01/03/07, at approximately 4:00 PM, in Warden G. Mosley's Office, Inmate James West, W/110315, did misuse legal papers that were issued to him for legal use only.  He did write on the back of a Form 32.6 that is used for the court.  Therefore, Inmate West was in violation of Rule #69-Destroying, Stealing, Disposing, Altering, Damaging, or Selling State Property.

20.  Basis for Finding of Fact:  Officer Bryan Gavins stated under oath that Inmate West did misuse legal papers that were issued to him for legal use only, to write on the back of a Form 32.6, that is used for the court.  Inmate West was removed from the hearing due to his continuously loud outbursts, and intentionally scribbling on Disciplinary form

21.  Hearing Officer's Decision:     X   Guilty          instead of signing it.
_____ Not Guilty

22.  Recommendation of Hearing Officer:  Hearing officer recommends 45 days Disciplinary Segregation and 45 days loss of privileges.  *Inmate is serving under old law and has been sentenced under Act 446 Law.

_Linda Glenn COI_
Signature / Hearing Officer
Linda Glenn, COI
Typed Name and Title

23.  Warden's Action – Date  18 JAN 2007
Approved _____
Disapproved
Other (specify) _THIRTY (30) days Disciplinary Segregation and loss of all privileges_

24.  Reason if more then 30 calendar days delay in action. _____

25.  I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on the this  20  day of  January  2007, at (time)  11:30  (am / pm).

_____ COT
Signature / Serving Officer / Title          James West 110315
Inmate's Signature and AIS Number