In The United States District Court
For The Middle District Of Alabama
Northern Division

James Robert West, Jr.,
    Plaintiff,

VS

Bryan K. Gavins, et al.,
    Defendants

2:07-CV-747-WKW

RECEIVED
2008 AUG 15 A 10: 07
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For Extension Of Time

Comes Now the Plaintiff, James West, and moves the Court for an additional 14 days in which to file his response to Defendant's answer.

West makes this request due to the following:

(1) Limited access to law library facilities (2 days per week)
(2) Limited number allowed in law library (10)
(3) Number of inmates 1,072
(4) Number of photocopies el need for exhibits (no provision for copying)

With all due respect to the Honorable Court and all concerned, the facilities at Limestone Prison provided for access to legal materials is grossly inadequate. The law library is so small only ten (10) individuals at any given time are allowed in the law library. There is no provision for seating accommodations where one can sit down and make case notes or read. I am forced to stand with the books and try to make notes from the cases.

Wherefore, premises considered, West prays the Court grant the additional time in which to file his response in this cause.

Respectfully submitted,
James W. West, Jr.

<u>Certificate Of Service</u>

I hereby certify that I have served a true copy of this pleading on Jeffery H. Long, Assistant Attorney General, 11 South Union Street, Montgomery, Alabama 36130-0152 by placing a copy in the U.S. Mail Depository provided for those prisoners assigned to Limestone Prison and designated "Free Legal Mail" on this the 13th day of August 2008.

James R. West, Jr. 110315
Limestone Prison
28779 Nick Davis Road
Harvest, Alabama 35749-7009

2

Melvin R. Hassett
U.S. District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

Louis A. West, Jr. 110315
Limestone Prison
28 779 Nick Davis Road
Harvest, Alabama 35749-7009