IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES ROBERT WEST, JR., #110315 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-747-WKW |
| BRYAN K. GAVINS, COI, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the Motion for Extension of Time filed by Plaintiff, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (*Doc. No. 37*) is GRANTED;

2. Plaintiff is GRANTED an extension from August 28, 2008 to and including September 9, 2008 to file a response to Defendants' written report.

Done, this 2nd day of September 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE