IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES ROBERT WEST, JR., #110315, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:07-CV-747-WKW |
| BRYAN K. GAVINS, COI, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## **ORDER**

On February 19, 2010, the Magistrate Judge filed a Recommendation in this case (Doc. # 55), to which no objections were filed.[1]  Upon independent review of the record, and upon consideration of the Recommendation, it is ORDERED as follows:

(1)   The Recommendation of the Magistrate Judge (Doc. # 55) is ADOPTED;

(2)   Plaintiff's Motion for a preliminary injunction (Doc. # 50) is DENIED[2]; and

(3)   This case is REFERRED back to the Magistrate Judge for all pretrial proceedings and entry of any other orders or recommendations as may be appropriate.

---

[1] Mr. West filed two motions for extension of time to file objections. (Doc. # 56, 58.) The court granted both motions. (Docs. # 57, 59.) However, Mr. West failed to file any objections by the second extended deadline.

[2] Mr. West styled his motion for temporary restraining order and preliminary injunction to include a "motion for order to show cause." (Doc. # 50.) This motion is extraneous and does not request any relief separate or apart from the motion for preliminary injunction. Accordingly, Mr. West's "motion for order to show cause" (Doc. # 50) is DENIED.

DONE this 7th day of April, 2010.

                                                  /s/ W. Keith Watkins  
                                    UNITED STATES DISTRICT JUDGE